LATHAM & WATKINS LLP
Michele D. Johnson (CA Bar No. 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235

Whitney B. Weber (CA Bar No. 281160)
 whitney.weber@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Susan E. Engel (*Pro Hac Vice* to be filed)
 susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.3309

*Attorneys for Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, and PARAG AGRAWAL,<br><br>Defendants. | Case No.: 2:22-cv-06525-MCS-E<br><br>**DEFENDANT TWITTER, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCCISO

TWITTER'S DISCLOSURE STATEMENT
& NOTICE OF INTERESTED PARTIES
CASE NO. 2:22-cv-06525-MCS-E

## FEDERAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned discloses and certifies on behalf of Defendant Twitter, Inc. ("Twitter") as follows: Twitter is a privately held corporation, has no parent corporation, and no publicly traded corporation owns 10% or more of Twitter's stock.

## LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendant Twitter, Inc. ("Twitter"), certifies that, other than the named parties, no other party has a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

Dated: November 10, 2022

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Michele D. Johnson
Michele D. Johnson (Bar No. 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235

Whitney B. Weber (Bar No. 281160)
 whitney.weber@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Susan E. Engel (*Pro Hac Vice* to be filed)
 susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.3309

*Attorneys for Defendants Twitter, Inc.,*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCCISO

1

TWITTER'S DISCLOSURE STATEMENT
& NOTICE OF INTERESTED PARTIES
CASE NO. 2:22-cv-06525-MCS-E