Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff William Baker*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BAKER, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, and PARAG AGRAWAL,<br><br>        Defendants. | Case No. 2:22-cv-06525-MCS-CFE<br><br>**NOTICE OF ERRATA**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Mark C. Scarsi |

1

**PLEASE TAKE NOTICE** that due to an inadvertent clerical error William Baker's PSLRA certification was not filed with his complaint. As such, William Baker files herewith his PSLRA certification, as Exhibit A.

Dated: November 22, 2022    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff William Baker*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On November 22, 2022, I electronically filed the following **NOTICE OF ERRATA** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on November 22, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen

3