UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-06525-MCS-E | Date | December 13, 2022 |
|---|---|---|---|
| Title | *William Baker v. Twitter, Inc. et al* | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Patricia Kim | Wil Wilcox |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Ari Y. Basser
Phillip Kim

Attorney(s) Present for Defendant(s):

Chet A. Kronenberg
Abraham R. Oved
Whitney Bruder Weber

**Proceedings:    MOVANT JYOTINDRA PATEL AND PLAINTIFF MOHAMMED A THASEEN'S MOTIONS FOR APPOINTMENT OF COUNSEL AND APPOINTMENT OF LEAD PLAINTIFF [26]; [30]**

The motion hearing is held. Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.