**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
      amccall@zlk.com

*Attorneys for Lead Plaintiff and the Class*

*[Additional Counsel on Signature Block]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ENTRY OF TRIAL EQUIPMENT INTO COURTROOM 5, 17TH FLOOR** |

      Plaintiff Glen Littleton and Defendants Tesla, Inc., Elon R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties"), respectfully request permission, pursuant to Northern District of California General Order No. 58, among others, to gain entry to the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, including through building security to Courtroom 5 with equipment and oversized materials that their counsel plans to use during the jury trial commencing on January 17, 2023, and continuing each day of trial through verdict.

      The above-mentioned equipment includes the following:

- Boxes of trial materials (exhibits, sealed deposition transcripts, unsealed deposition transcripts, binders, and general office supplies);

- Equipment dolly;
- Laptop computers;
- Ipads;
- Wireless Data Cards;
- Tech Support Equipment (cords, cables, connectors, adapters, switches, remotes);
- External hard drives;
- Portable monitors with accompanying cables;
- Easel with accompanying notepad;
- Oversized and physical demonstratives;
- Podium;
- Lectern;
- Printers;
- Cables, peripherals, and power cords for the foregoing equipment;
- Whiteboards; and
- Drink containers/coolers.

Dated:   January 6, 2023                LEVI & KORSINSKY, LLP

By: /s/   Adam M. Apton
      Adam M. Apton

*Attorneys for Plaintiff and Counsel for the Class*

Dated:   January 6, 2023                QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

By: /s/  Alex Spiro
      Alex Spiro

*Attorneys for Defendants Tesla, Inc., Elon Musk,*
*Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,*
*Antonio J. Gracias, James Murdoch, Kimbal Musk,*
*and Linda Johnson Rice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### **FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

/s/ Adam M. Apton

Adam M. Apton

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Parties request to bring the above referenced equipment for use during the upcoming jury trial commencing on January 17, 2023, and continuing each day until verdict, is hereby GRANTED.

Dated: January 6, 2023

_____
Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE