POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Court-Appointed Lead Plaintiff*
*William Baker, Additional Plaintiffs*
*Mohammed Thaseen and Jill Sligay,*
*and Co-Lead Counsel for the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR,<br><br>Defendants. | Case No. 2:22-cv-06525-MCS-E<br><br>NOTICE OF MOTION AND MOTION FOR LEAVE TO DESIGNATE THE OPERATIVE AMENDED COMPLAINT<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

NOTICE OF MOTION

To the clerk of court and all parties of record:

Pursuant to the annexed Declaration of Jonathan D. Park with Exhibits thereto and [Proposed] Order, Plaintiffs respectfully request permission to (a) designate the operative amended complaint and (b) permission to enter to the docket the operative amended complaint.

Pursuant to Local Rule 7-3, Counsel for Plaintiffs have conferred with Counsel for Defendants as to Defendants' position regarding the instant motion. Counsel for Defendants assent to the instant motion.

Dated: March 6, 2023                    Respectfully submitted,

                                        POMERANTZ LLP

                                        s/ Jonathan D. Park
                                        Jeremy A. Lieberman (*pro hac vice* forthcoming)
                                        Jonathan D. Park (*pro hac vice*)
                                        600 Third Avenue, 20th Floor
                                        New York, New York 10016
                                        Telephone: (212) 661-1100
                                        Facsimile: (917) 463-1044
                                        jalieberman@pomlaw.com
                                        jpark@pomlaw.com

                                        Jennifer Pafiti (SBN 282790)
                                        1100 Glendon Avenue, 15th Floor
                                        Los Angeles, California 90024
                                        Telephone: (310) 405-7190
                                        Facsimile: (917) 463-1044
                                        jpafiti@pomlaw.com

                                        *Counsel for Court-Appointed Lead Plaintiff William Baker, Additional Plaintiffs Mohammed Thaseen and Jill Sligay, and Co-Lead Counsel for the Class*

                                        THE ROSEN LAW FIRM, P.A.
                                        Laurence M. Rosen (SBN 219683)
                                        355 South Grand Avenue, Suite 2450
                                        Los Angeles, CA 90071

NOTICE OF MOTION

1

Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jonathan Horne (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jhorne@rosenlegal.com

*Counsel for Court-Appointed Lead
Plaintiff William Baker, Additional
Plaintiffs Lenard Roque and
Amolkumar Vaidya, and Co-Lead
Counsel for the Class*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for Additional Plaintiff
Mohammed Thaseen*

NOTICE OF MOTION

2

CERTIFICATE OF SERVICE

I, Jonathan Park, hereby certify that on this date I caused to be served by ECF a copy of the foregoing document. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*s/ Jonathan D. Park*
Jonathan D. Park