UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR,<br><br>Defendants. | Case No. 2:22-cv-06525-MCS-E<br><br>[PROPOSED] ORDER ON MOTION FOR LEAVE TO DESIGNATE THE OPERATIVE AMENDED COMPLAINT<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

[PROPOSED] ORDER

WHEREAS the Court has considered Lead Plaintiff William Baker and Additional Plaintiffs Mohammed Thaseen, Jill Sligay, Lenard Roque, and Amolkumar Vaidya (collectively, "Plaintiffs") motion for leave to designate the operative amended complaint with Declaration of Jonathan D. Park and exhibits thereto;

Having shown just cause, IT IS HEREBY ORDERED THAT:

1.      Plaintiffs motion for leave to designate the operative amended complaint IS GRANTED.

2.      Within two business days following entry of this order, Plaintiffs shall enter to the docket their Corrected Amended Complaint previously filed at ECF No. 67.

3.      The Clerk of Court is respectfully directed to enter this Order into the public record of this action.

SO ORDERED.

Dated: _____, 2023
Los Angeles, California                    HONORABLE MARC C. SCARSI
                                           UNITED STATES DISTRICT JUDGE

1