POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Court-Appointed Lead Plaintiff*
*William Baker, Additional Plaintiffs*
*Mohammed Thaseen and Jill Sligay,*
*and Co-Lead Counsel for the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR,<br><br>Defendants. | Case No. 2:22-cv-06525-MCS-E<br><br>DECLARATION OF JONATHAN PARK IN SUPPORT OF MOTION FOR LEAVE TO DESIGNATE THE OPERATIVE AMENDED COMPLAINT<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

DECLARATION

I, Jonathan D. Park, hereby declare as follows:

1.  I am an Of Counsel with the law firm of Pomerantz LLP ("Pomerantz"), counsel to Lead Plaintiff William Baker and Additional Plaintiffs Mohammed Thaseen, Jill Sligay, Lenard Roque, and Amolkumar Vaidya (collectively, "Plaintiffs"), and Co-Lead counsel for the proposed class. I have personal knowledge of the facts set forth herein. I make this Declaration in support of the motion for leave to designate the operative amended complaint.

2.  On February 13, 2023, 10:05 PM Pacific, Plaintiffs filed their amended complaint at ECF No. 65.  That pleading noted that a certification from Additional Plaintiff Amolkumar Vaidya would be forthcoming.

3.  On or about February 14, 2023, Counsel for Plaintiffs determined that the amended complaint contained certain errors.

4.  On or about February 14, 2023, Counsel for Plaintiffs met and conferred with Counsel for defendants seeking defendants' position to file a Corrected Amended Complaint to correct those errors and to attach a certification from Additional Plaintiff Amolkumar Vaidya. At that time, Counsel for Plaintiffs provided to Counsel for defendants a "redline" document identifying the differences between the Amended Complaint and the Corrected Amended Complaint.  On February 15, 2023, Counsel for defendants assented to the filing of a Corrected Amended Complaint.

5.  On Wednesday, February 15, 2023, 2:57 PM Pacific, Plaintiffs filed their Corrected Amended Complaint at ECF No. 67 without leave of the Court.

6.  By Order of the Court entered February 27, 2023 (ECF No. 73), Plaintiffs' Corrected Amended Complaint filed at ECF No. 67 was stricken from the record.

DECLARATION

1

7.    Plaintiffs respectfully request permission to re-file Plaintiffs' Corrected Amended Complaint filed at ECF No. 67.

8.    Attached hereto as the exhibits indicated are true and correct copies of the following:

EXHIBIT A - the Corrected Amended Complaint previously filed at ECF No. 67.

EXHIBIT B - a redline comparison showing the changes between the paragraphs of the Amended Complaint (ECF No. 65) and of the Corrected Amended Complaint (ECF No. 67).  In addition to these changes, the Corrected Amended Complaint added a certification from additional plaintiff Amolkumar Vaidya.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Dated: March 6, 2023                          Respectfully submitted,

POMERANTZ LLP

*s/ Jonathan D. Park*
Jonathan D. Park

DECLARATION
2

CERTIFICATE OF SERVICE

I, Jonathan Park, hereby certify that on this date I caused to be served by ECF a copy of the foregoing document. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_s/ Jonathan D. Park_
Jonathan D. Park

DECLARATION

3