# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiffs,<br><br>                v.<br><br>TWITTER, INC., et al.,<br><br>                                    Defendants. | Case No. 2:22-cv-06525-MCS-E<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS JACK DORSEY, PARAG AGRAWAL, NED SEGAL, VIJAYA GADDE AND KAYVON BEYKPOUR'S MOTION TO DISMISS CORRECTED AMENDED CLASS ACTION COMPLAINT**<br><br>Hon. Mark C. Scarsi |

# [PROPOSED] ORDER

Having read and considered Defendants Jack Dorsey, Parag Agrawal, Ned Segal, Vijaya Gadde and Kayvon Beykpour's Motion to Dismiss Corrected Amended Class Action Complaint and attached papers, all other papers submitted in support of or in opposition to the Motion, the pleadings on file, and oral argument provided, the Court rules as follows:

Individual Defendants' Motion to Dismiss Corrected Amended Class Action Complaint is granted.

**IT IS SO ORDERED**.

Dated:                                                    By _____
                                                         The Honorable Mark C. Scarsi
                                                         United States District Judge

[PROPOSED] ORDER GRANTING INDIVIDUAL
DEFENDANTS' MOTION TO DISMISS
CASE NO. 2:22-cv-06525-MCS-E