UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR,<br><br>Defendants. | Case No. 2:22-cv-06525-MSC-E<br><br>**[PROPOSED] ORDER GRANTING TWITTER, INC.'S MOTION TO DISMISS CORRECTED AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:  Hon. Mark C. Scarsi<br>Date:   April 24, 2023<br>Time:   9:00 a.m.<br>Place:  Courtroom 7C<br><br>*[Notice of Motion, Motion, Memorandum of Points and Authorities, Request for Judicial Notice and Declaration in Support, concurrently filed herewith]* |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW

# **[PROPOSED] ORDER**

This matter is before the Court on Defendants' Motion to Dismiss Corrected Amended Class Action Complaint (the "Motion to Dismiss") submitted by Defendant Twitter, Inc.  After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that the Motion to Dismiss should be granted.

Accordingly, IT IS HEREBY ORDERED THAT the Motion to Dismiss is GRANTED, and the Corrected Amended Class Action Complaint is DISMISSED with prejudice.

IT IS SO ORDERED.


Dated: _____          By: _____
                                    HONORABLE MARK C. SCARSI
                                    UNITED STATES DISTRICT JUDGE