LATHAM & WATKINS LLP
Michele D. Johnson (CA Bar No. 198298)
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235

Whitney B. Weber (CA Bar No. 281160)
  *whitney.weber@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Andrew B. Clubok (*Pro Hac Vice*)
  *andrew.clubok@lw.com*
Susan E. Engel (*Pro Hac Vice*)
  *susan.engel@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.3309

*Attorneys for Defendant Twitter, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR<br><br>Defendants. | Case No. 2:22-cv-06525-MSC-E<br><br>**DECLARATION OF WHITNEY B. WEBER IN SUPPORT OF TWITTER'S MOTION TO DISMISS CORRECTED AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Mark C. Scarsi<br>Date: April 24, 2023<br>Time: 9:00 a.m.<br>Place: Courtroom 7C<br><br>*[Notice of Motion and Motion to Dismiss; Request for Judicial Notice and [Proposed] orders filed and served concurrently herewith]* |

I, Whitney B. Weber, declare as follows:

1.    I am a partner with the law firm of Latham & Watkins LLP and am counsel for Defendant Twitter, Inc. ("Twitter") in the above-captioned litigation.

2.    I am a member in good standing with the State Bar of California and I am admitted to practice before this Court.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3.    I respectfully submit this declaration in support of Twitter's Motion to Dismiss Corrected Amended Class Action Complaint.

4.    Attached hereto as **Exhibit 1** is a chart listing in tabular format statements challenged by Plaintiffs in their Corrected Amended Class Action Complaint for Violations of the Federal Securities Laws.

5.    Attached hereto as **Exhibit 2** is a Glossary of Terms used in Twitter's Motion to Dismiss Plaintiffs' Corrected Amended Class Action Complaint.

6.    Attached hereto as **Exhibit 3** is a true and correct copy of a July 18, 2020 Twitter blog post, updated on July 30, 2020, entitled, "An update on our security incident," which is publicly available at https://blog.twitter.com.

7.    Attached hereto as **Exhibit 4** is a true and correct copy of a September 28, 2020 Wired Magazine article entitled, "How Twitter Survived Its Biggest Hack – and Plans to Stop the Next One," which is publicly available at https://wired.me.

8.    Attached hereto as **Exhibit 5** is a true and correct copy of Twitter's Form 10-Q for the quarter ended June 30, 2020, which was filed with the Securities and Exchange Commission ("SEC") on August 3, 2020.  All SEC filings are publicly available at www.sec.gov.

9.    Attached hereto as **Exhibit 6** is a true and correct copy of a September 24, 2020 Twitter blog post entitled, "Our continued work to keep Twitter secure," which is publicly available at https://blog.twitter.com.

10.     Attached hereto as **Exhibit 7** is a true and correct copy of Twitter's Form 10-Q for the quarter ended September 30, 2020, which was filed with the SEC on October 30, 2020.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of an August 23, 2022 *Washington Post* article entitled, "Former security chief claims Twitter buried 'egregious deficiencies,'" which is publicly available at https://www.washingtonpost.com.

12.     Attached hereto as **Exhibit 9** is a true and correct copy of Twitter's historical stock price for the period January 3, 2022 to October 26, 2022, which was downloaded from https://finance.yahoo.com.

13.     Attached hereto as **Exhibit 10** is a true and correct copy of the transcript from Twitter's February 25, 2021 Analyst Day, which is publicly available from Twitter's website at https://investor.twitterinc.com/events-and-presentations/default.aspx.

14.     Attached hereto as **Exhibit 11** is a true and correct copy a May 16, 2022 Tweet thread from Parag Agrawal, which is publicly available at https://twitter.com/paraga.

15.     Attached hereto as **Exhibit 12** is a true and correct copy of Twitter's Form 10-Q for the quarter ended June 30, 2022, which was publicly filed with the SEC on July 26, 2022.

16.     Attached hereto as **Exhibit 13** is a true and correct copy of Twitter's Form 10-Q for the quarter ended March 31, 2022, which was publicly filed with the SEC on May 2, 2022.

17.     Attached hereto as **Exhibit 14** is a true and correct copy of a July 7, 2022 *Washington Post* article entitled, "Elon Musk's deal to buy Twitter is in peril," which is publicly available at https://www.washingtonpost.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of March 2023, in New Orleans, Louisiana.

By: /s/ *Whitney B. Weber*
Whitney B. Weber