# Exhibit 2

**Exhibit 2**

# GLOSSARY

The following terms are used in Twitter, Inc.'s Motion to Dismiss Corrected Amended Class Action Complaint:

| Term | Definition |
|------|------------|
| Complaint or Compl. | Corrected Amended Class Action Complaint for Violations of the Federal Securities Laws, filed on March 9, 2023.  Dkt. 81 |
| Class Period | August 3, 2020 to August 23, 2022 |
| CEO | Chief Executive Officer |
| CFO | Chief Executive Officer |
| CLO | Chief Legal Officer |
| Class Period Reports | Twitter, Inc.'s 10-Q and 10-K reports filed with the SEC:<br><br>• Form 10-Q for the quarter ended June 30, 2020 filed on Aug. 3, 2020 ("2Q20 10-Q");<br>• Form 10-Q for the quarter ended Sept. 30. 2020 filed on Oct. 10. 2020 ("3Q20 10-Q");<br>• Form 10-K for the year ended Dec. 31, 2020 filed on Feb. 17, 2021  ("2020 10-K");<br>• From 10-Q for quarter ended March 31, 2021 filed on Apr. 30, 2021 ("1Q21 10-Q");<br>• Form 10-Q for quarter ended Jun 30, 2021 filed on Juy 27, 2021  ("2Q21 10-Q");<br>• Form 10-Q for the quarter ended Sept. 30, 2021 filed on Oct. 27. 2021 ("3Q21 10-Q");<br>• Form 10-K for the year ended Dec. 31, 2021 filed on Feb. 16, 2022 ("2021 10-K");<br>• Form 10-Q for the quarter ended Mar. 31, 2021 filed on May 2, 2022  ("1Q21 10-Q"); and<br>• Form 10-Q for the quarter ended Jun 30, 2022 filed on July 26, 2022 ("2Q22 10-Q"). |
| Defendants | Twitter, Inc., Jack Dorsey, Ned Segal, Parag Agrawal, Vijaya Gadde and Kayvon Beykpour |
| Ex(s). | Exhibits attached to the Declaration of Whitney Weber, filed concurrently, which are public filings and statements and are incorporated into the Complaint and/or subject to judicial notice or incorporation by reference |

| Term | Definition |
| --- | --- |
| Ex. 1 | Exhibit 1 hereto, listing in tabular format statements challenged by Plaintiffs in their Corrected Amended Class Action Complaint for Violations of the Federal Securities Laws, filed on March 9, 2023. Dkt. 81 |
| Individual Defendants | Jack Dorsey, Ned Segal, Parag Agrawal, Vijaya Gadde and Kayvon Beykpour |
| mDAU | monetizable Daily Active Users |
| Plaintiffs | William Baker, Mohammed Thaseen, Jill Silgay, Lenard Roque and Amolkumar Vaidaya |
| PSLRA | The Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77k, 77l, 77z–1, 77z–2, 78a, 78j–1, 78t, 78u, 78u–4, 78u–5 |
| Twitter or Company | Twitter, Inc. |
| UAM | User Active Minutes |