# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

|  |  |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR,<br><br>Defendants. | Case No. 2:22-cv-06525-MSC-E<br><br>**[PROPOSED] ORDER GRANTING TWITTER, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS CORRECTED AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:  Hon. Mark C. Scarsi<br>Date:   April 24, 2023<br>Time:   9:00 a.m.<br>Place:  Courtroom 7C<br><br>*[Notice of Motion, Motion, Memorandum of Points and Authorities, Request for Judicial Notice and Declaration in Support, concurrently filed herewith]* |

# [PROPOSED] ORDER

Defendant Twitter, Inc., has requested that the Court consider the following exhibits under the doctrine of incorporation by reference and/or judicial notice pursuant to Federal Rule of Evidence 201:

**Exhibit 3**: A July 18, 2020 Twitter blog post, updated on July 30, 2020, entitled, "An update on our security incident," which is publicly available at https://blog.twitter.com;

**Exhibit 4**:  A September 28, 2020 Wired Magazine article entitled, "How Twitter Survived Its Biggest Hack – and Plans to Stop the Next One," which is publicly available at https://wired.me;

**Exhibit 5**:  Twitter's Form 10-Q for the quarter ended June 30, 2020, which was filed with the Securities and Exchange Commission ("SEC") on August 3, 2020. All SEC filings are publicly available at www.sec.gov;

**Exhibit 6**:  A September 24, 2020 Twitter blog post entitled, "Our continued work to keep Twitter secure," which is publicly available at https://blog.twitter.com;

**Exhibit 7**: Twitter's Form 10-Q for the quarter ended September 30, 2020, which was filed with the SEC on October 30, 2020;

**Exhibit 8**: An August 23, 2022 *Washington Post* article entitled, "Former security chief claims Twitter buried 'egregious deficiencies,'" which is publicly available at https://www.washingtonpost.com;

**Exhibit 9**: Twitter's historical stock price for the period January 3, 2022 to October 26, 2022, which was downloaded from https://finance.yahoo.com;

**Exhibit 10:** The transcript from Twitter's February 25, 2021 Analyst Day, which is publicly available from Twitter's website at https://investor.twitterinc.com/events-and-presentations/default.aspx;

**Exhibit 11**: A May 16, 2022 Tweet thread from Parag Agrawal, which is publicly available at https://twitter.com/paraga;

**Exhibit 12**: Twitter's Form 10-Q for the quarter ended June 30, 2022, which was publicly filed with the SEC on July 26, 2022;

**Exhibit 13**: Twitter's Form 10-Q for the quarter ended March 31, 2022, which was publicly filed with the SEC on May 2, 2022; and

**Exhibit 14**: A July 7, 2022 *Washington Post* article entitled, "Elon Musk's deal to buy Twitter is in peril," which is publicly available at https://www.washingtonpost.com.

The Court, having considered Defendant's request, and good cause appearing therefrom, finds that Exhibits 3-14 are incorporated by reference in the Corrected Amended Class Action Complaint and/or are subject to judicial notice, and therefore are properly subject to consideration in connection with Twitter's Motion to Dismiss Corrected Amended Class Action Complaint.  Twitter's Request for Judicial Notice is therefore **GRANTED**.

**IT IS SO ORDERED.**

Dated:  _____          By: _____
                                        HONORABLE MARK C. SCARSI
                                        UNITED STATES DISTRICT JUDGE