| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>David L. Anderson (SBN 149604), dlanderson@sidley.com,<br>Jaime A. Bartlett (SBN 251825), jbartlett@sidley.com,<br>Sheila A.G. Armbrust (SBN 265998), sarmbrust@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA  94104<br>Telephone:  (415) 772-1200<br>Facsimile:  (415) 772-7400 | |
| ATTORNEY(S) FOR:  Parag Agrawal, Ned Segal, Vijaya Gadde, Kayvon Beykpour | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BAKER, et al., Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff(s),<br>v.<br>TWITTER, INC., et al.,<br>Defendant(s) | CASE NUMBER:<br>2:22-cv-06525-MCS-E<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant Vijaya Gadde_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| William Baker | Lead Plaintiff |
| Mohammed Thaseen | Additional Plaintiff |
| Jill Sligay | Additional Plaintiff |
| Lenard Roque | Additional Plaintiff |
| Amolkumar Vaidya | Additional Plaintiff |
| Twitter, Inc. | Defendant |
| X Corp. | Successor in interest to named Defendant Twitter, Inc., per Twitter, Inc.'s FRCP 7.1 Disclosure |
| X Holdings Corp. | Parent corporation of X Corp., per Twitter, Inc.'s FRCP 7.1 Disclosure |
| Jack Dorsey | Defendant |
| Parag Agrawal | Defendant |
| Ned Segal | Defendant |
| Vijaya Gadde | Defendant |
| Kayvon Beykpour | Defendant |

| | |
|---|---|
| April 4, 2023<br>Date | /s/ Jaime A. Bartlett<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Vijaya Gadde