POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Court-Appointed Lead Plaintiff*
*William Baker, Additional Plaintiffs*
*Mohammed Thaseen and Jill Sligay,*
*and Co-Lead Counsel for the Proposed Class*

[additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR,<br><br>Defendants. | Case No. 2:22-cv-06525-MCS-E<br><br>DECLARATION OF JONATHAN D. PARK IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE CORRECTED AMENDED CLASS ACTION COMPLAINT<br><br>Judge:    Hon. Mark. C. Scarsi<br>Date:    May 22, 2023<br>Time:    9:00 a.m.<br>Place:    Courtroom 7C |

I, Jonathan D. Park, hereby declare as follows:

1.    I am Of Counsel with the law firm of Pomerantz LLP, counsel to Lead Plaintiff William Baker and Additional Plaintiffs Mohammed Thaseen, Jill Sligay, Lenard Roque, and Amolkumar Vaidya (collectively, "Plaintiffs"), and Co-Lead counsel for the proposed class. I have personal knowledge of the facts set forth herein. I make this Declaration in opposition to Defendants' motions to dismiss (ECF Nos. 86 and 87) the Corrected Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Corrected Amended Complaint") (ECF No. 81).

2.    The Corrected Amended Complaint was filed to correct the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") (ECF No. 65).

3.    Prior to filing the Amended Complaint, I contacted counsel for Peiter Zatko concerning the whistleblower disclosures he made to the Federal government, which were published by the United States Senate Committee on the Judiciary along with forty-eight exhibits thereto.

4.    Mr. Zatko's counsel represented that, to their knowledge, Mr. Zatko's disclosures were materially correct, made with a good faith basis, and complied with applicable laws, rules, and regulations prohibiting the making of false statements to the Federal government.

5.    Attached hereto as the exhibits indicated are true and correct copies of the following:

EXHIBIT 1: the public version of the Verified Second Amended Counterclaims, Answer, and Affirmative Defenses to Plaintiff's Verified Complaint (the "Verified Second Amended Counterclaims"), filed on October 4, 2022, by Defendants and Counterclaim-Plaintiffs Elon R. Musk, X Holdings I, Inc., and X Holdings II, Inc., in the action *Twitter, Inc. v. Elon R. Musk, et al.*, C.A. No. 2022-0613-KSM in the Court of Chancery of the State of Delaware (the "Delaware Action").

1

DECL. OF JONATHAN D. PARK                                    Case No. 2:22-cv-06525-MCS-E

EXHIBIT 2: a verification purportedly signed by Elon R. Musk in connection with the Verified Second Amended Counterclaims in the Delaware Action.

EXHIBIT 3: a verification purportedly signed by Elon R. Musk, as President, Secretary, and Treasurer of X Holdings I, Inc. in connection with the Verified Second Amended Counterclaims in the Delaware Action.

*– Remainder of page intentionally blank –*

2

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of April, 2023, in West Hurley, New York.

By: _____
Jonathan D. Park

3