# EXHIBIT 2

EFiled:  Sep 27 2022 02:03PM EDT
Transaction ID 68171869
Case No. 2022-0613-KSJM

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| TWITTER, INC., | ) |
| | ) |
|     Plaintiff and | ) |
|     Counterclaim-Defendant, | ) |
| | ) C.A. No. 2022-0613-KSJM |
|     v. | ) |
| | ) |
| ELON R. MUSK, X HOLDINGS I, INC., | ) |
| and X HOLDINGS II, INC., | ) |
| | ) |
|     Defendants and | ) |
|     Counterclaim-Plaintiffs. | ) |

### VERIFICATION

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) ss. |
| COUNTY OF TRAVIS | ) |

I, Elon R. Musk, being duly sworn, hereby depose and say as follows:

1. I make this Verification pursuant to Court of Chancery Rule 3(aa) in connection with the Verified Second Amended Counterclaims and Answer (the "Second Amended Counterclaims") filed in the above-captioned action.

2. I have reviewed the Second Amended Counterclaims and declare that the matter contained therein insofar as it concerns my acts and deeds is true, and insofar as it relates to the acts and deeds of any other person, I believe it to be true.

09172-00004/13579731.1

_(signature)_

Elon R. Musk

Sworn to and subscribed
before me this 9 day of September, 2022.

_(signature)_
Notary Public

This remote notarial act involved the use of communication technology.

09172-00004/13579731.1  2