# EXHIBIT 3

**EFiled:  Sep 27 2022 02:03PM EDT**
**Transaction ID 68171869**
**Case No. 2022-0613-KSJM**

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| TWITTER, INC., | ) |
| | ) |
| Plaintiff and | ) |
| Counterclaim-Defendant, | ) |
| | ) C.A. No. 2022-0613-KSJM |
| v. | ) |
| | ) |
| ELON R. MUSK, X HOLDINGS I, INC., | ) |
| and X HOLDINGS II, INC., | ) |
| | ) |
| Defendants and | ) |
| Counterclaim-Plaintiffs. | ) |

## VERIFICATION

STATE OF TEXAS    )
　　　　　　　　 ) ss.
COUNTY OF TRAVIS  )

I, Elon R. Musk, being duly sworn, hereby depose and say as follows:

1. I am authorized to make this Verification as President, Secretary, and Treasurer of X Holdings I, Inc. I make this Verification pursuant to Court of Chancery Rule 3(aa) in connection with the Verified Second Amended Counterclaims and Answer (the "Second Amended Counterclaims") filed in the above-captioned action.

2. I have reviewed the Second Amended Counterclaims and declare that the matter contained therein insofar as it concerns X Holdings I, Inc. acts and deeds is true, and insofar as it relates to the acts and deeds of any other person, I believe it to be true.

09172-00004/13579730.1

_____

Elon R. Musk

Sworn to and subscribed
before me this 9 day of September, 2022.

_____

Notary Public

This remote notarial act involved the use of
Communication technology.

09172-00004/13579730.1 2