POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Court-Appointed Lead Plaintiff*
*William Baker, Additional Plaintiffs*
*Mohammed Thaseen and Jill Sligay,*
*and Co-Lead Counsel for the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR,<br><br>Defendants. | Case No. 2:22-cv-06525-MCS-E<br><br>PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE<br><br>Judge:     Hon. Mark. C. Scarsi<br>Date:      May 22, 2023<br>Time:      9:00 a.m.<br>Place:     Courtroom 7C |

Lead Plaintiff William Baker ("Lead Plaintiff") and additional plaintiffs Mohammed Thaseen, Jill Sligay, Lenard Roque, and Amolkumar Vaidya ("Additional Plaintiffs," and with Lead Plaintiff, "Plaintiffs"), in connection with their opposition to Defendants' motions to dismiss (Dkt. Nos. 86 and 87) the Corrected Amended Complaint, respectfully request that the Court take judicial notice of Exhibits 1, 2, and 3 to the Declaration of Jonathan D. Park.

"Generally, district courts may not consider material outside the pleadings when assessing the sufficiency of a complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018) (citation omitted). Consideration of matters outside the pleading converts a 12(b)(6) motion into a motion for summary judgment unless the external matters are considered under the incorporation-by-reference doctrine or judicial notice under Federal Rule of Evidence 201. *Id.*

Rule 201 provides a narrow exception that permits a court to judicially notice an adjudicative fact if it is "not subject to reasonable dispute," meaning the fact is "generally known," or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

The Court's consideration of the Exhibits is necessary to provide context to Defendants' arguments. The motion to dismiss filed by the Individual Defendants (Dkt. 86) cites to various docket entries in the action *Twitter, Inc. v. Elon R. Musk, et al.*, C.A. No. 2022-0613-KSM in the Court of Chancery of the State of Delaware (the "Delaware Action"). See Dkt. 86 at 8.

Plaintiffs' Exhibit 1 is the public version of the Verified Second Amended Counterclaims, Answer, and Affirmative Defenses to Plaintiff's Verified Complaint (the "Verified Second Amended Counterclaims") filed by Elon R. Musk, X Holdings I, Inc., and X Holdings II, Inc., in the Delaware Action. Exhibits 2 and 3 are verifications signed

1

by Musk, for himself and for one of his controlled entities, respectively, with respect to the Verified Second Amended Counterclaims.

The Court need not consider these documents for their truth, but only for their existence.

For these reasons, Plaintiffs respectfully request that the Court consider Exhibits 1 through 3 in connection with adjudicating Defendants' motions to dismiss.

Dated: April 21, 2023                                    Respectfully submitted,

POMERANTZ LLP
Jeremy A. Lieberman (*pro hac vice* forthcoming)
Jonathan D. Park (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
jpark@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Counsel for Court-Appointed Lead Plaintiff William Baker, Additional Plaintiffs Mohammed Thaseen and Jill Sligay, and Co-Lead Counsel for the Class*

2

THE ROSEN LAW FIRM, P.A.
By:  *s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jonathan Horne (*pro hac vice*)
Brian B. Alexander (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jhorne@rosenlegal.com
balexander@rosenlegal.com

*Counsel for Court-Appointed Lead Plaintiff William Baker, Additional Plaintiffs Lenard Roque and Amolkumar Vaidya, and Co-Lead Counsel for the Class*


BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for Additional Plaintiff Mohammed Thaseen*

3