POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Court-Appointed Lead Plaintiff*
*William Baker, Additional Plaintiffs*
*Mohammed Thaseen and Jill Sligay,*
*and Co-Lead Counsel for the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR,<br><br>Defendants. | Case No. 2:22-cv-06525-MCS-E<br><br>[PROPOSED] ORDER DENYING MOTIONS TO DISMISS THE CORRECTED AMENDED CLASS ACTION COMPLAINT, AND RESOLVING REQUESTS FOR JUDICIAL NOTICE<br><br>Judge:    Hon. Mark. C. Scarsi<br>Date:    May 22, 2023<br>Time:    9:00 a.m.<br>Place:    Courtroom 7C |

Pending before the Court are motions by Defendant Twitter, Inc. ("Twitter") and by Individual Defendants Jack Dorsey, Ned Segal, Parag Agrawal, Vijaya Gadde, and Kayvon Beykpour to dismiss Plaintiffs' Corrected Amended Class Action Complaint For Violations of the Federal Securities Laws (the "Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6).

Having considered the moving, opposition, and reply papers, Defendant Twitter's Request for Judicial Notice and Incorporation by Reference ("Twitter's Request for Judicial Notice"), Plaintiffs' Partial Objection thereto, Plaintiffs' Request for Judicial Notice, the argument of counsel, the pleadings and filings in this action, and all other matters properly before the Court, the Court holds as follows:

First, Twitter's Request for Judicial Notice is GRANTED IN PART and DENIED IN PART.  The Court takes notice of the Exhibits to the Whitney B. Weber to establish what was stated therein and not for the truth of such statements.

Second, Plaintiffs' Request for Judicial Notice is GRANTED.  The Court takes notice of the Exhibits to the Declaration of Jonathan D. Park to establish what was stated therein and not for the truth of such statements.

Third, Defendants' motions to dismiss the Complaint are DENIED.

IT IS SO ORDERED.

Dated: _____, 2023       By _____
                                        Hon. Mark C. Scarsi

1