**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| William Baker,<br><br>       **PLAINTIFF(S)**<br>   v.<br><br>Twitter, Inc., et al.,<br><br><br>      **DEFENDANT(S).** | CASE NUMBER:<br><br>  **2:22-cv-06525-MCS-E**<br><br>**ORDER TO STRIKE ELECTRONICALLY**<br>**FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 4/21/2023 | / | 105 | / | NOTICE OF MOTION AND MOTION for Order |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| | / | | / | |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

- ☐ Document submitted in the wrong case
- ☑ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☑ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☑ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other:  The attached document is only a proposed order and should have been efiled as an attachment to a notice of lodging.

Dated: 4/24/23              By: _____

                        Mark C. Scarsi

                     U.S. District Judge / ~~U.S. Magistrate Judge~~

*cc: Assigned District and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**