UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  2:22-cv-06525-MCS-E                              Date  May 22, 2023

Title  *William Baker v. Twitter, Inc. et al*

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):

Jonathan R. Horne
Jonathan D. Park

Jaime A. Bartlett
George M. Garvey
Susan E. Engel
Sheridan Caldwell

**Proceedings:  Motion to Dismiss Case Defendants Jack Dorsey, Parag Agrawal, Ned Segal, Vijaya Gadde, and Kayvon Keypours (ECF No. 86) and Motion to Dismiss Corrected Amended Class Action Complaint by Defendant Twitter, Inc. (ECF No. 87)**

The motion hearing is held.  Counsel address the Court. The Court takes the Motions UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.