Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Court-Appointed Lead Plaintiff William Baker,*
*Additional Plaintiffs Lenard Roque and*
*Amolkumar Vaidya, and Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR,<br><br>        Defendants. | Case No. 2:22-cv-06525-MCS-E<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>CLASS ACTION |

1

PLEASE TAKE NOTICE that Lead Plaintiff William Baker ("Lead Plaintiff") and additional plaintiffs Mohammed Thaseen, Jill Sligay, Lenard Roque, and Amolkumar Vaidya ("Additional Plaintiffs", and with Lead Plaintiff, "Plaintiffs") hereby submit as supplemental authority the July 3, 2023 order denying the motion to dismiss in *Crews v. Rivian Automotive, Inc., et al.*, Case No. 2:22-cv-01524-JLS-E, Dkt. No. 172 (C.D. Cal.). Judge Staton's reasoning, slip opinion at 8, 16-18, is relevant to this case.

Dated: July 5, 2023                          Respectfully submitted,

                                             By: */s/ Laurence M. Rosen*

**POMERANTZ LLP**                            **THE ROSEN LAW FIRM, P.A.**

Jeremy A. Lieberman (*pro hac vice*          Laurence M. Rosen (SBN 219683)
forthcoming)                                 355 South Grand Avenue, Suite 2450
Jonathan D. Park (*pro hac vice*)            Los Angeles, CA 90071
600 Third Avenue, 20th Floor                 Telephone: (213) 785-2610
New York, New York 10016                     Facsimile: (213) 226-4684
Telephone: (212) 661-1100                    Email: lrosen@rosenlegal.com
Facsimile: (212) 661-8665
jalieberman@pomlaw.com                       Jonathan Horne (*pro hac vice*
jpark@pomlaw.com                             forthcoming)
                                             275 Madison Avenue, 40th Floor
Jennifer Pafiti (SBN 282790)                 New York, New York 10016
1100 Glendon Avenue, 15th Floor              Telephone: (212) 686-1060
Los Angeles, California 90024                 Facsimile: (212) 202-3827
Telephone: (310) 405-7190                    jhorne@rosenlegal.com
Facsimile: (212) 661-8665
jpafiti@pomlaw.com                           *Counsel for Court-Appointed Lead*
                                             *Plaintiff William Baker, Additional*
                                             *Plaintiffs Lenard Roque and*
*Counsel for Court-Appointed Lead*           *Amolkumar Vaidya, and Co-Lead*
*Plaintiff William Baker, Additional*        *Counsel for the Class*
*Plaintiffs Mohammed Thaseen and Jill*

2

*Sligay, and Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for Additional Plaintiff Mohammed Thaseen*

3

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On July 5, 2023, I electronically filed the following **NOTICE OF SUPPLEMENTAL AUTHORITY** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 5, 2023.

/s/ Laurence M. Rosen
Laurence M. Rosen

NOTICE OF SUPPLEMENTAL AUTHORITY – Case No. 2:22-cv-06525-MCS-E