POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Court-Appointed Lead Plaintiff*
*William Baker, Additional Plaintiff*
*Jill Sligay, and Co-Lead Counsel for the*
*Proposed Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, and DAMIEN KIERAN,<br><br>Defendants. | Case No. 2:22-cv-06525-MSC-E<br><br>STIPULATION REGARDING PLAINTIFFS' PROPOSED THIRD AMENDED COMPLAINT AND DEFENDANTS' TIME TO RESPOND THERETO<br><br>CLASS ACTION<br><br>Hon. Mark C. Scarsi |

{00572142;1 }

Lead Plaintiff William Baker and additional plaintiffs Jill Sligay, Lenard Roque, and Amolkumar Vaidya (together, "Plaintiffs") and Defendants Twitter, Inc., Jack Dorsey, Ned Segal, and Parag Agrawal (together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter an Order approving this Stipulation.

**WHEREAS**, on September 15, 2023, Plaintiffs filed their Second Amended Class Action Complaint for Violations of the Federal Securities Laws ('SAC") in the above-captioned action ("Action").  Dkt. 126.

**WHEREAS**, the SAC added Damien Kieran as a defendant.  Mr. Kieran was not named as a defendant in this Action previously.  Dkt. 126.

**WHEREAS**, on September 21, 2023, Plaintiffs sent a Waiver of the Service of Summons form to an attorney authorized to receive and sign the form on behalf of Mr. Kieran, and pursuant to Federal Rule of Civil Procedure 4, Mr. Kieran's response to the SAC is due on November 20, 2023.  Mr. Kieran will not be represented by any of the law firms presently involved in this litigation.

**WHEREAS**, pursuant to the Court's September 1, 2023 Order re Parties' Stipulation to Extend Time to File Second Amended Complaint and for Defendants to Respond, Defendants are required to respond to the SAC no later than October 6, 2023. Dkt. 125.

**WHEREAS**, on September 19, 2023, Plaintiffs contacted Defendants to inform them that they intend to seek leave to file a Third Amended Complaint to add allegations based upon a *New York Times* article that was published on September 18, 2023 (after the SAC was filed) and authored by Yoel Roth (identified in paragraph 37 of the SAC as Twitter's Director, Head of Site Integrity from July 2018 through May 2022, and its Senior Director, Head of Trust & Safety from May 2022 through November 2022), which Plaintiffs believe sets forth new information directly relevant to existing allegations.

{00572142;1 }

STIP. RE: PROPOSED THIRD AM. COMPL. AND BRIEFING ON DEFENDANTS' MOTION(S) TO DISMISS

**WHEREAS**, on September 27, 2023, Plaintiffs contacted Defendants to inform them that they intend to include in their proposed Third Amended Complaint allegations based upon a September 26, 2023 *Washington Post* article, which Plaintiffs believe also sets forth new information directly relevant to existing allegations.

**WHEREAS**, Defendants agreed not to oppose Plaintiffs' filing of a Third Amended Complaint in the form attached as Exhibit 1 to the Declaration of Jonathan D. Park, submitted herewith.

**WHEREAS**, in light of the addition of Mr. Kieran as a Defendant, and in light of Plaintiffs' intention to seek leave to file a Third Amended Complaint, the Parties met and conferred and agreed that, in order to avoid unnecessary filings, to permit the parties and the Court to address the additional allegations in the proposed Third Amended Complaint, to align the briefing deadlines for all Defendants (including Mr. Kieran), and because of the complexity of the case and presence of five Defendants who will be represented by four separate law firms and may file multiple motions to dismiss, there is good cause for a stipulated briefing schedule.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Defendants' October 6, 2023, deadline to respond to the Second Amended Complaint is vacated;

2. Plaintiffs will file their Third Amended Complaint within one business day of the Court's entry of the proposed order submitted herewith;

3. Defendants' motions to dismiss the operative complaint will be due November 20, 2023 (sixty days after Plaintiffs sent the Waiver of the Service of Summons form to Mr. Kieran);

4. Plaintiffs' opposition to Defendants' motions to dismiss will be due by January 4, 2024; and

3

5.    Defendants' replies in support of motions to dismiss will be due February 2, 2024.

Respectfully Submitted,

Dated: September 28, 2023          POMERANTZ LLP

By */s/ Jonathan D. Park*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II (*pro hac vice*)
Jonathan D. Park (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com
Email: jpark@pomlaw.com

*Counsel for Court-Appointed Lead Plaintiff
William Baker, Additional Plaintiffs Jill
Sligay, and Co-Lead Counsel for the Class*

THE ROSEN LAW FIRM, P.A.

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

Jonathan R. Horne (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: jhorne@rosenlegal.com

*Counsel for Court-Appointed Lead Plaintiff
William Baker, Additional Plaintiffs Lenard
Roque and Amolkumar Vaidya, and Co-
Lead Counsel for the Class*

{00572142;1 }

4

STIP. RE: PROPOSED THIRD AM. COMPL. AND
BRIEFING ON DEFENDANTS'
MOTION(S) TO DISMISS

Dated: September 28, 2023          LATHAM & WATKINS LLP

By */s/ Whitney B. Weber*

Michele D. Johnson (CA Bar No. 198298)
  michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235

Whitney B. Weber (CA Bar No. 281160)
  whitney.weber@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Andrew B. Clubok (*pro hac vice*)
  andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
  susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.3309

*Attorneys for X Corp. successor in interest
to named defendant Twitter, Inc.*

Dated: September 28, 2023          MUNGER, TOLLES & OLSON LLP

By */s/ George M. Garvey*
George M. Garvey (SBN 89543)
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9153
Email: george.garvey@mto.com

*Attorney for Defendant Jack Dorsey*

Dated: September 28, 2023          SIDLEY AUSTIN LLP

By */s/ Jaime A. Bartlett*
David L. Anderson (SBN 149604)
Jaime A. Bartlett (SBN 251825)
Sheila A.G, Armbrust (SBN 265998)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Email: dlanderson@sidley.com
Email: jbartlett@sidley.com
Email: sarmbrust@sidley.com

*Attorney for Defendants Parag Agrawal,
and Ned Segal*

{00572142;1 }

STIP. RE: PROPOSED THIRD AM. COMPL. AND
BRIEFING ON DEFENDANTS'
MOTION(S) TO DISMISS

**ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated:  September 28, 2023                    */s/ Jonathan D. Park*