# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## CENTRAL DIVISION

WILLIAM BAKER, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, and DAMIEN KIERAN,

Defendants.

Case No. 2:22-cv-06525-MSC-E

[PROPOSED] ORDER REGARDING PLAINTIFFS' PROPOSED THIRD AMENDED COMPLAINT AND DEFENDANTS' TIME TO RESPOND THERETO

Hon. Mark C. Scarsi

# [PROPOSED] ORDER

Having reviewed the stipulation of Lead Plaintiff William Baker and additional plaintiffs Jill Sligay, Lenard Roque, and Amolkumar Vaidya (together, "Plaintiffs"), and Defendants Twitter, Inc., Jack Dorsey, Ned Segal, Parag Agrawal ("Defendants," and together with Plaintiffs) and good cause appearing therefore, the Court hereby ORDERS that:

1. Defendants' October 6, 2023, deadline to respond to the Second Amended Complaint is vacated;

2. Plaintiffs will file their Third Amended Complaint within one business day of the Court's entry of this order;

3. Defendants' motions to dismiss the operative complaint will be due November 20, 2023;

4. Plaintiffs' opposition to Defendants' motions to dismiss will be due by January 4, 2024; and

5. Defendants' replies in support of motions to dismiss will be due February 2, 2024.

IT IS SO ORDERED.

Dated: _____            By: _____
                                    HONORABLE MARK C. SCARSI
                                    UNITED STATES DISTRICT JUDGE