# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, and DAMIEN KIERAN,<br><br>Defendants. | Case No. 2:22-cv-06525-MSC-E<br><br>DECLARATION OF JONATHAN PARK IN SUPPORT OF STIPULATION REGARDING PLAINTIFFS' PROPOSED THIRD AMENDED COMPLAINT AND DEFENDANTS' TIME TO RESPOND THERETO<br><br>CLASS ACTION<br><br>Hon. Mark C. Scarsi |

DECL. IN SUPPORT OF STIP. RE: PROPOSED THIRD AM. COMPL. AND BRIEFING ON DEFENDANTS' MOTION(S) TO DISMISS

I, Jonathan Park, hereby declare as follows:

1. I am Of Counsel with the law firm of Pomerantz LLP ("Pomerantz"), counsel to Lead Plaintiff William Baker and Additional Plaintiff Jill Sligay, and Co-Lead Counsel for the proposed class along with The Rosen Law Firm, P.A. ("Rosen Law"), which is also counsel to Lead Plaintiff Baker and Additional Plaintiffs Lenard Roque and Amolkumar Vaidya. Baker, Sligay, Roque, and Vaidya are collectively referred to herein as "Plaintiffs."

2. I have personal knowledge of the facts set forth herein. I make this Declaration in support of the parties' stipulation regarding Plaintiffs' proposed Third Amended Complaint, Defendants' motion(s) to dismiss, and any briefing thereon.

3. On September 15, 2023, Plaintiffs filed their Second Amended Class Action Complaint for Violations of the Federal Securities Laws ("SAC") in the above-captioned action ("Action").  Dkt. 126. The SAC added Damien Kieran as a defendant.  Mr. Kieran was not named as a defendant in this Action previously.

4. On September 21, 2023, I sent a Waiver of the Service of Summons form to an attorney authorized to receive and sign the form on behalf of Mr. Kieran, and pursuant to Federal Rule of Civil Procedure 4, Mr. Kieran's response to the SAC is due on November 20, 2023. I have been informed that Mr. Kieran will not be represented by any of the law firms presently involved in this litigation.

5. On September 18, 2023, after Plaintiffs filed the SAC, the *New York Times* published a guest essay by Yoel Roth, who is identified in paragraph 37 of the SAC as Twitter's Director, Head of Site Integrity from July 2018 through May 2022, and its Senior Director, Head of Trust & Safety from May 2022 through November 2022, and Plaintiffs believe that essay sets forth new information directly relevant to existing allegations.

6. On September 19, 2023, I contacted Defendants' counsel to inform them that Plaintiffs intended to seek leave to file a Third Amended Complaint to

DECL. IN SUPPORT OF STIP. RE: PROPOSED THIRD
AM. COMPL. AND BRIEFING ON DEFENDANTS'
MOTION(S) TO DISMISS

include allegations based on the Roth essay.

7.      The parties then discussed Plaintiffs' proposed Third Amended Complaint and the schedule for Defendants to respond to the operative complaint, and the briefing thereon.

8.      On September 26, 2023, before those discussions had concluded, the *Washington Post* published an article, which Plaintiffs believe also sets forth new information directly relevant to existing allegations.

9.      On September 27, 2023, I became aware of the *Washington Post* article and, that same day, contacted Defendants to inform them that Plaintiffs intend to include in their proposed Third Amended Complaint allegations based upon the *Washington Post* article.

10.     Defendants agreed not to oppose Plaintiffs' filing of a Third Amended Complaint and the parties negotiated a deadline for Defendants to respond to the operative complaint and a schedule for briefing any motion(s) to dismiss, as reflected in the stipulation submitted herewith.

11.     The parties agree that there is good cause for this stipulated schedule, which will align the response and briefing deadlines for all Defendants (including Mr. Kieran), and which takes into account the complexity of the case and the presence of five Defendants who will be represented by four separate law firms and may file multiple motions to dismiss.

12.     Attached as Exhibit 1 hereto is Plaintiffs' redline showing the differences between the SAC and the proposed Third Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Dated: September 28, 2023          By */s/ Jonathan D. Park*
                                   Jonathan D. Park