**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| WILLIAM BAKER, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., et al., <br><br> Defendants. | Case No. 2:22-cv-06525-MCS-E <br><br> **[PROPOSED] ORDER GRANTING INDIVIDUAL DEFENDANTS' MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT** <br><br> Hon. Mark C. Scarsi |

# [PROPOSED] ORDER

Having read and considered Individual Defendants' Motion to Dismiss Third Amended Class Action Complaint and attached papers, all other papers submitted in support of or in opposition to the Motion, the pleadings on file, and any oral argument provided, the Court rules as follows:

Individual Defendants' Motion to Dismiss Third Amended Class Action Complaint is granted.

**IT IS SO ORDERED**.

Dated:                                        By _____
                                              The Honorable Mark C. Scarsi
                                              United States District Judge