# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

|  |  |
|---|---|
| WILLIAM BAKER, et al., Individually and on Behalf of All Others Similarly Situated, | Case No. 2:22-cv-06525-MCS-E |
|  | **[PROPOSED] ORDER GRANTING INDIVIDUAL DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE** |
| Plaintiffs, |  |
| v. | Hon. Mark C. Scarsi |
| TWITTER, INC., et al., |  |
| Defendants. |  |

# [PROPOSED] ORDER

Having read and considered Individual Defendants' Request for Judicial Notice and Incorporation by Reference in Support of Motion to Dismiss Third Amended Class Action Complaint and attached papers, all other papers submitted in support of or in opposition to the Request, the pleadings on file, and any oral argument provided, the Court rules as follows:

Individual Defendants' Request for Judicial Notice and Incorporation by Reference is granted.

**IT IS SO ORDERED**.

Dated:                                          By _____
                                                   The Honorable Mark C. Scarsi
                                                   United States District Judge

[PROPOSED] ORDER GRANTING INDIVIDUAL DEFS' REQUEST FOR JUDICIAL NOTICE & INCORP. BY REFERENCE - CASE NO. 2:22-cv-06525-MCS-E