David L. Anderson (SBN 149604)
dlanderson@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants Parag Agrawal and Ned Segal*

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-06525-MCS-E<br><br>**DECLARATION OF JAIME A. BARTLETT IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>*[Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Request for Judicial Notice; and [Proposed] Orders and Defendant Twitter, Inc.'s Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Declaration of Whitney B. Weber; Request for Judicial Notice; and [Proposed] Orders]*<br><br>Judge: Hon. Mark C. Scarsi<br><br>Hearing Date: January 22, 2024<br>Hearing Time: 9:00 a.m.<br>Location: Courtroom 7C |

I, Jaime A. Bartlett, declare as follows:

1.      I am a partner with the law firm of Sidley Austin LLP and am counsel for Defendants Parag Agrawal and Ned Segal in the above-captioned litigation.

2.      I am a member in good standing with the State Bar of California and I am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3.      I respectfully submit this declaration in support of Individual Defendants' Motion to Dismiss Third Amended Class Action Complaint.

4.      Attached hereto as **Exhibit A** is a true and correct copy of a February 7, 2019 Shareholder Letter, entitled, "Twitter Q4 and Fiscal Year 2018 Shareholder Letter," which was filed publicly with the SEC on February 7, 2019.  All SEC filings are publicly available at www.sec.gov.

5.      Attached hereto as **Exhibit B** is a true and correct copy of a February 7, 2019 *Fortune* Magazine article entitled, "Twitter Shares Tank Despite Big Revenue and Profit Gains," which is publicly available at https://www.yahoo.com/now/twitter-shares-tank-despite-big-134553940.html.

6.      Attached hereto as **Exhibit C** is a true and correct copy of an October 24, 2019 *Reuters* article entitled, "Twitter ad platform suffers tech glitches, hitting revenue; shares tumble," which is publicly available at https://www.reuters.com/article/us-twitter-results/twitter-ad-platform-suffers-tech-glitches-hitting-revenue-shares-tumble-idUSKBN1X31C8.

7.      Attached hereto as **Exhibit D** is a true and correct copy of a February 25, 2021 *Reuters* article entitled, "Twitter sees revenue doubling in 2023, shares hit record high," which is publicly available at https://financialpost.com/pmn/business-pmn/twitter-sees-revenue-doubling-in-2023-shares-hit-record-high-2.

8.      Attached hereto as **Exhibit E** is a true and correct copy of a June 7, 2022 *Reuters* article entitled, "Twitter gears up for most ambitious quarter of user

BARTLETT DECLARATION ISO INDIVIDUAL
DEFENDANTS' NOTICE OF MOTION AND MOTION
TO DISMISS - CASE NO.  2:22-cv-06525-MCS-E

growth - internal meeting," which is publicly available at https://www.reuters.com/technology/twitter-tells-employees-it-targets-13-million-user-growth-this-quarter-2022-06-07/#:~:text=Twitter%20is%20aiming%20to%20grow,ever%20set%2C%20leaders%20told%20staff.

9.    Attached hereto as **Exhibit F** is a true and correct copy of a July 8, 2022 letter from Elon Musk's attorneys to Twitter, which was publicly filed with the SEC.

10.    Attached hereto as **Exhibit G** is a true and correct copy of a July 7, 2022 *Washington Post* article entitled, "Elon Musk's deal to buy Twitter is in peril," which is publicly available at https://www.washingtonpost.com/technology/2022/07/07/elon-musk-twitter-jeopardy/.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of November  2023, in San Francisco, California.

By:    /s/ *Jaime A. Bartlett*
        Jaime A. Bartlett

BARTLETT DECLARATION ISO INDIVIDUAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS - CASE NO.  2:22-cv-06525-MCS-E