# EXHIBIT D

Sections      Search

Subscribe      Sign In

News    Economy    Energy    Mining    Real Estate    Finance    Work    Investor    FP Comment    Newsletters    Financial Times    MoneyWise Canada    Business Essentials

**PMN Technology**  /  **PMN Business**

# Twitter sees revenue doubling in 2023, shares hit record high



**Reuters**
Sheila Dang

Published Feb 25, 2021  •  1 minute read

💬 Join the conversation

Twitter Inc said on Thursday it expected to double annual revenue to at least $7.5 billion and reach 315 million users in 2023, sending its shares up more than 8%.

Twitter will boost its new features to increase revenue and users, it said ahead of its investor presentation on Thursday.

The social media network has struggled to catch up with larger rivals like Facebook and smaller viral apps like ByteDance's TikTok in offering features. But in recent months, it has made a push to launch services such as audio-chat, similar to that of viral app Clubhouse.

STORY CONTINUES BELOW



New Season, New Rules
Koolaburra

"We know we've been slow," said Chief Executive Jack Dorsey during Twitter's virtual investor day. "When you compare us with our peers, it's been especially stark."

In a regulatory filing, Twitter estimated reaching at least 315 million monetizable daily active users (mDAU), or those who see ads, by the fourth quarter of 2023.

Internationally, Twitter faces challenges in India, a rapidly growing market with plans to require that social media companies erase certain content and coordinate with law enforcement.

Twitter had previously refused to delete content connected to farmers' protests in India. (Reporting by Munsif Vengattil in Bengaluru and Sheila Dang in Dallas; Editing by Shounak Dasgupta and Jonathan Oatis)

   

## COMMENTS

Postmedia is committed to maintaining a lively but civil forum for discussion and encourage all readers to share their views on our articles. Comments may take up to an hour for moderation before appearing on the site. We ask you to keep your comments relevant and respectful. We have enabled email notifications—you will now receive an email if you receive a reply to your comment, there is an update to a comment thread you follow or if a user you follow comments. Visit our Community Guidelines for more information and details on how to adjust your email settings.

### SHARE YOUR THOUGHTS

To contribute to the conversation, you need to be logged in. If you are not yet registered, create your account now - it's FREE.

Login/Create an Account

**Subscribe for Unlimited Online Access**

💬 **JOIN THE CONVERSATION**

Loading...

**READ NEXT**















## THIS WEEK IN FLYERS

Subscribe

FP   News   Economy   Energy   Mining   Real Estate   Finance   Work   Investor   FP Comment   Newsletters   Financial Times   MoneyWise Canada   Business Essentials   Subscribe

**Manage Account**

My Account

Manage My Print Subscription

Manage My Tax Receipt

ePaper

Contact Us

**Classified**

Remembering

Celebrating

Classifieds Marketplace

Careers

FlyerCity

**Advertise**

Advertise With Us

Appointment Notice

Content Works

Partnerships

Resources

Local Directory

**Sales**

About Us

**Postmedia Network**

National Post

Canada.com

Canoe.com

Driving.ca

The GrowthOp

Winnipeg Sun

The London Free Press

Regina Leader-Post

Saskatoon StarPhoenix

Windsor Star

Ottawa Citizen

The Province

Vancouver Sun

Edmonton Journal

Calgary Herald

Montreal Gazette

Toronto Sun

Ottawa Sun

Calgary Sun

Edmonton Sun

NATIONAL✻POST ›

**Follow us**

▶

**Give us some feedback!**

365 Bloor Street East, Toronto, Ontario, M4W 3L4

© 2023 Financial Post, a division of Postmedia Network Inc. All rights reserved. Unauthorized distribution, transmission or republication strictly prohibited.

Privacy - Updated Terms   Copyright   Digital Ad Registry   FAQ                    Sitemap   Contact us