# EXHIBIT E

Learn more about **LSEG**

**REUTERS**®

🔍  ≡

⊞ My View      ⊙ Following      🔖 Saved

Technology

# Twitter gears up for most ambitious quarter of user growth -internal meeting

By **Sheila Dang**

June 7, 2022 12:57 PM PDT · Updated a year ago

  

People holding mobile phones are silhouetted against a backdrop projected with the Twitter logo in this illustration picture taken September 27, 2013. REUTERS/Kacper Pempel/Illustration *Acquire Licensing Rights* ↗

June 7 (Reuters) - Twitter (TWTR.N) is gearing up for its most ambitious quarter of user growth, leaders of the social media company's consumer products division told staff on Tuesday.

Twitter is aiming to grow its monetizable daily active users, or users who see advertising, by 13 million this quarter, according to an internal meeting that was heard by Reuters.

It is the highest goal the team has ever set, leaders told staff.

They added that Twitter is on track to reach the goal and has currently achieved 8.5 million in user growth, one of the best growth quarters to date.

Shares of Twitter rose 1% in afternoon trading.

The San Francisco-based company is maintaining its ambition to attract new users even as its deal to be acquired by billionaire Elon Musk remains uncertain.

Musk in a filing on Monday warned Twitter that he might walk away from the $44 billion deal if the company does not provide data to allow him to independently verify the proportion of spam and fake accounts on the social media platform. read more

The company has said in public filings that spam and fake accounts represent fewer than 5% of quarterly monetizable daily active users.

A spokesperson for Twitter declined further comment.

The war in Ukraine boosted user activity on Twitter late in the first quarter, but time spent on the platform has declined 4% in the current quarter, leaders said.

Twitter added 20 million users during the second quarter of 2020, its highest quarterly sequential growth since at least 2019, as users flocked to the platform for news at the beginning of the pandemic.

Since then, the company has struggled to stay on track to reach its longer-term targets for both user growth and revenue, prompting a hiring freeze and cost-saving measures. read more

Twitter's internal goal of 13 million in user growth exceeds Wall Street's expectations, as analysts on average were projecting growth of 9 million, according to IBES data from Refinitiv.

Reporting by Sheila Dang in Dallas; additional reporting by Akash Sriram and Yuvraj Malik; Editing by Mark Porter

Our Standards: **The Thomson Reuters Trust Principles.**

Acquire Licensing Rights ⧉

## Read Next

Technology
**Hackers who breached casino giants MGM, Caesars also hit 3 other firms, Okta says**
September 19, 2023

Technology
**Amazon devices unit morale wanes amid cuts, weak development pipeline**
10:36 PM UTC

Technology
**Google launches last-ditch effort to overturn $2.6 bln EU antitrust fine**
9:27 PM UTC

Technology
**US has no evidence Huawei can produce advanced smartphones in large volumes -- official**
10:29 PM UTC

## More from Reuters

Musk and Israel's Netanyahu discuss hate speech on X
(1:34) - September 18, 2023
Watch more videos




**Musk and Israel's Netanyahu discuss hate speech on X**
01:34

**Musk, Zuckerberg, others join US senators for AI forum**
00:46

flying taxi ride to
hospital
01:05



Generation AI: the
war of a hundred
models



Technology >

# YouTube cuts off Russell Brand's ad revenues after sexual assault allegations

Technology · September 19, 2023 · 9:31 AM PDT · 18 min ago

YouTube said on Tuesday it had blocked Russell Brand from making money from his online

channel after the British actor and comedian was accused of a string of sexual assaults.

---

Future of Money

**Coinbase kicks off grassroots campaign to advance US legislation**

4:24 AM PDT

---

Technology

**Vietnam PM courts U.S. companies, seeks investment in chip sector**

September 18, 2023

---

Future of Money

**Nigeria crypto usage growing further, report says**

6:04 AM PDT

---

Technology

**Microsoft says product chief Panay to leave, report says headed to Amazon**

September 18, 2023

Latest

**Home**

Media

 **Videos** ⬀

 **Pictures**

 **Graphics** ⬀

Browse

**World**

**Business**

**Markets**

**Sustainability**

**Legal**

**Breakingviews**

**Technology**

**Investigations** ⬀

**Sports**

**Science**

**Lifestyle**

About Reuters

**About Reuters** ⬀

**Careers** ⬀

**Reuters News Agency** ⬀

**Brand Attribution Guidelines** ⬀

**Reuters Leadership** ⬀

**Reuters Fact Check** ⬀

**Reuters Diversity Report** ⬀

Stay Informed

**Download the App** ⬀

**Newsletters** ⬀

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

  

Thomson Reuters Products

**Westlaw** ⬀

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource** ⬀

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint** ⬀

The industry leader for online information for tax, accounting and finance professionals.

LSEG Products

**Workspace** ⧉

Access unmatched financial data, news and content in a highly-customised workflow

**Data Catalogue** ⧉

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide

**World-Check** ⧉

Screen for heightened risk individual and entities globally to help uncover hidden risks in business

**Advertise With Us** ⧉     **Advertising Guidelines** ⧉     **Coupons** ⧉     **Acquire Licensing Rights** ⧉

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** ⧉     **Terms of Use** ⧉     **Privacy** ⧉     **Digital Accessibility** ⧉     **Corrections** ⧉     **Site Feedback** ⧉
**Do Not Sell or Share My Personal Information and Limit the Use of My Sensitive Personal Information**

© 2023 Reuters. All rights reserved