# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR,<br><br>Defendants. | Case No. 2:22-cv-06525-MSC-E<br><br>**[PROPOSED] ORDER GRANTING TWITTER, INC.'S MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:   Hon. Mark C. Scarsi<br>Date:    January 22, 2024<br>Time:    9:00 a.m.<br>Place:   Courtroom 7C |

## **[PROPOSED] ORDER**

This matter is before the Court on Defendants' Motion to Dismiss Third Amended Class Action Complaint (the "Motion to Dismiss") submitted by Defendant X Corp. (successor in interest to Twitter, Inc.).  After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that the Motion to Dismiss should be granted.

Accordingly, IT IS HEREBY ORDERED THAT the Motion to Dismiss is GRANTED, and the Third Amended Class Action Complaint is DISMISSED with prejudice.

IT IS SO ORDERED.


Dated: _____        By: _____
                               HONORABLE MARK C. SCARSI
                               UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS
Case No. 2:22-cv-06525-MSC-E