LATHAM & WATKINS LLP
Michele D. Johnson (CA Bar No. 198298)
 *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235

Whitney B. Weber (CA Bar No. 281160)
 *whitney.weber@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Andrew B. Clubok (*Pro Hac Vice*)
 *andrew.clubok@lw.com*
Susan E. Engel (*Pro Hac Vice*)
 *susan.engel@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.3309

*Attorneys for X Corp., successor in interest to named defendant Twitter, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR<br><br>Defendants. | Case No. 2:22-cv-06525-MSC-E<br><br>**DECLARATION OF WHITNEY B. WEBER IN SUPPORT OF TWITTER'S MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:  Hon. Mark C. Scarsi<br>Date:  January 22, 2024<br>Time:  9:00 a.m.<br>Place:  Courtroom 7C<br><br>*[Notice of Motion and Motion to Dismiss; Request for Judicial Notice; and [Proposed] Orders filed concurrently herewith]* |

I, Whitney B. Weber, declare as follows:

1.    I am a partner with the law firm of Latham & Watkins LLP and am counsel for Defendant X Corp., successor in interest to Twitter, Inc. ("Twitter"[1]) in the above-captioned litigation.

2.    I am a member in good standing with the State Bar of California and I am admitted to practice before this Court.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3.    I respectfully submit this declaration in support of Twitter's Motion to Dismiss Third Amended Class Action Complaint (Dkt. 130).

4.    Attached hereto as **Exhibit 1** is a chart listing and numbering in tabular format statements challenged by Plaintiffs in their Third Amended Class Action Complaint for Violations of the Federal Securities Laws ("TAC").

5.    Attached hereto as **Exhibit 2** is a true and correct copy of a July 18, 2020 Twitter blog post, updated on July 30, 2020, entitled, "An update on our security incident," which is publicly available at https://blog.twitter.com/en_us/topics/company/2020/an-update-on-our-security-incident.

6.    Attached hereto as **Exhibit 3** is a true and correct copy of a September 24, 2020 *Wired* Magazine article entitled, "How Twitter Survived Its Biggest Hack – and Plans to Stop the Next One," which is publicly available at https://wired.me.

7.    Attached hereto as **Exhibit 4** is a true and correct copy of Twitter's Form 10-Q for the quarter ended September 30, 2020, which was filed with the Securities and Exchange Commission ("SEC") on October 30, 2020.  All SEC filings are publicly available at www.sec.gov/edgar.

---

[1] For consistency with Plaintiffs' pleading and other briefing, Defendants refer to X. Corp. as "Twitter" or the "Company" in connection with this filing.

8. Attached hereto as **Exhibit 5** is a true and correct copy of a September 24, 2020 Twitter blog post entitled, "Our continued work to keep Twitter secure," which is publicly available at https://blog.twitter.com/en_us/topics/company/2020/our-continued-work-to-keep-twitter-secure.

9. Attached hereto as **Exhibit 6** is true and correct copy of a December 2, 2019 Twitter blog post entitled, "What we have been doing to protect your privacy data," which is publicly available at https://blog.twitter.com/en_us/topics/company/2019/privacy_data_protection

10. Attached hereto as **Exhibit 7** is a true and correct copy of Twitter's Transparency – Information Operations webpage, as it appeared publicly during the Class Period at https://transparency.twitter.com/en/reports/information-operations.html (TAC ¶216), printed using the publicly available Internet Archiving webpage Wayback Machine from the archived webpage snapshot captured on September 1, 2020, at http://web.archive.org/web/20200901182533/https://transparency.twitter.com/en/reports/information-operations.html.[2]

11. Attached hereto as **Exhibit 8** is a true and correct copy of a November 26, 2020 Twitter blog post entitled, "Nation states exerting power online – sharing data can guard against it," which is publicly available at https://blog.twitter.com/en_us/topics/company/2020/nation-states-exerting-power-online-sharing-data-can-guard-again.

12. Attached hereto as **Exhibit 9** is a true and correct copy of a June 13, 2019 Twitter blog post entitled, "Information operations on Twitter:

---

[2] The https://transparency.twitter.com/en/reports/information-operations.html webpage cited in Plaintiffs' TAC now automatically redirects to https://transparency.twitter.com/en/reports/moderation-research.html, which does not include the language quoted in Plaintiffs' TAC ¶216. The quoted language does appear in the archived webpage snapshot in Exhibit 7.

principles, process, and disclosure," which is publicly available at https://blog.twitter.com/en_us/topics/company/2019/information-ops-on-twitter.

13. Attached hereto as **Exhibit 10** is a true and correct copy of a December 2, 2021 Twitter blog post entitled, "Disclosing state-linked information operations we've removed," which is publicly available at https://blog.twitter.com/en_us/topics/company/2021/disclosing-state-linked-information-operations-we-ve-removed.

14. Attached hereto as **Exhibit 11** is true and correct copy of a December 2, 2021 Twitter blog post entitled, "Expanding access beyond information operations," which is publicly available at https://blog.twitter.com/en_us/topics/company/2021/-expanding-access-beyond-information-operations-.

15. Attached hereto as **Exhibit 12** is a true and correct copy of a September 21, 2022 Stanford Internet Observatory report entitled, "My Heart Belongs to Kashmir: An Analysis of a Pro-Indian Army Covert Influence Operation on Twitter," which is publicly available at https://cyber.fsi.stanford.edu/io/news/india-twitter-takedown.

16. Attached hereto as **Exhibit 13** is a true and correct copy of Twitter's historical stock price and volume information for the period of January 3, 2022 to October 27, 2022, which was downloaded from https://finance.yahoo.com.

17. Attached hereto as **Exhibit 14** is a true and correct copy of a July 23, 2020 *Reuters* article entitled, "Exclusive: More than 1,000 people at Twitter had ability to aid hack of accounts," which is publicly available at https://www.reuters.com.

18. Attached hereto as **Exhibit 15** is a true and correct copy of a May 25, 2022 Twitter blog post entitled, "FTC settlement: Our commitment to protecting your privacy and security," which is publicly available at https://blog.twitter.com/en_us/topics/company/2022/ftc-settlement-twitter.

19.    Attached hereto as **Exhibit 16** is a true and correct copy of Twitter's Form 10-K for the period ended December 31, 2020, which was filed with the SEC on February 17, 2021.  All SEC filings are publicly available at www.sec.gov/edgar.

20.    Attached hereto as **Exhibit 17** is a true and correct copy a December 20, 2022 *Intercept* article entitled, "Twitter Aided the Pentagon in its Covert Online Propaganda Campaign," which is publicly available at https://theintercept.com/2022/12/20/twitter-dod-us-military-accounts/.

21.    Attached hereto as **Exhibit 18** is a true and correct  copy of an August 23, 2022 *Washington Post* article entitled, "Former security chief claims Twitter buried 'egregious deficiencies,'" which is publicly available at https://www.washingtonpost.com.

22.    Attached hereto as **Exhibit 19** is a true and correct copy of an internal Twitter document entitled, "Current State Assessment," which was available through a  hyperlink in the August 23, 2022 *Washington Post* article (Exhibit 18) entitled, "Former security chief claims Twitter buried 'egregious deficiencies,'" publicly available at https://www.washingtonpost.com.

23.    Attached hereto as **Exhibit 20** is a true and correct copy of an internal Twitter document entitled, "Issues and Objections Regarding Twitter InfoSec Information and the Q4 2021 Risk Committee," which is available through a hyperlink in the August 23, 2022 *Washington Post* article (Exhibit 18) entitled, "Former security chief claims Twitter buried 'egregious deficiencies,'" publicly available at https://www.washingtonpost.com.

24.    Attached hereto as **Exhibit 21** is a true and correct copy of the July 6, 2022 Sensitive & Confidential Whistleblower Disclosure of Peiter Zatko, which is available through a  hyperlink in the August 23, 2022 *Washington Post* article (Exhibit 18) entitled, "Former security chief claims Twitter buried 'egregious deficiencies,'" publicly available at https://www.washingtonpost.com.

25.    Attached hereto as **Exhibit 22** is a true and correct copy a May 25, 2022 complaint filed by the Federal Trade Commission against Twitter, Case No. 3:22-cv-03070 (N.D. Cal.).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of November 2023, in San Francisco, California.

By:    /s/ *Whitney B. Weber*
Whitney B. Weber