# Exhibit 1

**Exhibit 1**

*William Baker, et al. v. Twitter, Inc., et al.*
**Case No. 2:22-cv-06525-MCS-E (C.D. Cal.)**

| Number | Source | Challenged Statement[1] |
|---|---|---|
| | | **Plaintiffs' Statement Set 1** |
| 1a | **TAC ¶ 39**<br><br>**July 30, 2020 Twitter Blog Post, "An update on our security incident"** | The social engineering that occurred on July 15, 2020, targeted a small number of employees through a phone spear phishing attack. A successful attack required the attackers to obtain access to both our internal network as well as *specific employee credentials that granted them access to our internal support tools.* Not all of the employees that were initially targeted had permissions to use account management tools, but the attackers used their credentials to access our internal systems and gain information about our processes. This knowledge then enabled them to target additional employees who did have access to our account support tools. Using the credentials of employees with access to these tools, the attackers targeted 130 Twitter accounts, ultimately Tweeting from 45, accessing the DM inbox of 36, and downloading the Twitter Data of 7.<br><br>There has been concern following this incident around our tools and levels of employee access. To run our business, we have teams around the world that help with account support. Our teams use proprietary tools to help with a variety of support issues as well as to review content [] and respond to reports. *Access to these tools is strictly limited and is only granted for valid business reasons.* We have zero tolerance for misuse of credentials or tools, *actively monitor for misuse, regularly audit permissions, and take immediate action if anyone accesses account information without a valid business reason.* While these tools, controls, and processes are constantly being updated and improved, we are taking a hard look at how we can make them even more sophisticated.. |
| 1b<br><br>[Stmt. 12 in CAC][2] | **TAC ¶ 40**<br><br>**Sept. 24, 2020 Twitter Blog Post, "Our continued work to keep Twitter secure"** | We are constantly working to balance how we build products and provide support to people who use Twitter while ensuring the security and privacy of people who use our service. *That means access is limited and is only granted for valid business reasons (i.e., ensuring an account holder can get support if they are locked out of their account).*<br><center>* * * * *</center>*To further secure our internal tools from potential misuse, we have been strengthening the rigorous checks that team members with access must undergo.* This also helps reduce the potential for an unauthorized person to get access to our systems. *We have strict principles around who is allowed access to which tools and at what time, and require specific justifications for customer data to be accessed.*<br><center>* * * * *</center>Similar to how we proactively detect and alert you of suspicious behavior on your account to help you keep it secure, we have internal detection and monitoring tools that help alert us of unusual behavior or possible unauthorized attempts to access our internal tools. *These tools are* |

---

[1] In their Third Amended Class Action Complaint for Violations of the Federal Securities Law, filed October 4, 2023 (Dkt. 130, "TAC"), Plaintiffs include statements with bold and italics, which is replicated here.  Certain of the language quoted in the TAC were reproduced inaccurately, with selective omission of text (without notation), or with alterations, which this chart also replicates.  Plaintiffs group their challenged statements into "sets," which is also noted here for ease of reference.

[2] References to the statements that also appeared on the previous challenged statement chart, which detailed the statements listed in the Corrected Amended Complaint ("CAC") lodged in the record by the Court (Dkt. 122) and appended to the Court's Order (Dkt. 123), are provided here for ease of reference.

| Number | Source | Challenged Statement[1] |
|---|---|---|
| | | *constantly being improved, even since the July incident, to include things like expanding our detection and response efforts to include suspicious authentication and access activity*. |
| 1c | **TAC ¶ 41**<br><br>**Sept. 24, 2020** *Wired* **Article, "How Twitter Survived Its Biggest Hack – and Plans to Stop the Next One"** | *"It's more about how much trust you're putting in each individual, and in how many people do you have broad-based trust,"* Agrawal says. *"The amount of access, the amount of trust granted to individuals with access to these tools, is substantially lower today."* |
| | | **Plaintiffs' Statement Set 2** |
| 2 | **TAC ¶ 120**<br><br>**Jul 28, 2021 CNBC Fast Money Interview** | **Q**: Interesting. And before we let you go, I want to get your thoughts on cybersecurity. *I know Twitter has been hacked in the past and you've also had individual high-profile user accounts hacked in the past*. As we see this growing threat of cybersecurity risks, how are you addressing that at the company?<br><br>**DEFENDANT SEGAL**: Well, at the highest levels, we're constantly considering and investing and learning *to make sure that we're developing best practices and applying them. For example, we recently have given people the ability to use a physical key to keep their accounts secure, so even if somebody got their password, even if somebody had their phone number, if they don't have that physical key, that's an example of a way that we're allowing people to secure their accounts that they hadn't been able to do before. But we'll continue to iterate and learn around cybersecurity* so we can make sure that advertisers, that the people who use our service can continue to trust Twitter to take good care of their information.<br><br>**Q:** Certainly a topic that's top of mind for a lot of folks here in Sun Valley. |
| | | **Plaintiffs' Statement Set 3** |
| 3<br><br>[Stmt. 13 in CAC] | **TAC ¶ 140**<br><br>**Sept. 24, 2020 Twitter Blog Post, "Our continued work to keep Twitter secure"** | In addition to existing security training courses, we've also enhanced training content on secure coding, threat modeling, privacy impact assessments, and *privacy by design so privacy is integrated into everything we design and build by default.* |
| | | **Plaintiffs' Statement Set 4** |
| 4<br><br>[Stmt. 17 in CAC] | **TAC ¶ 156**<br><br>**May 25, 2022 Twitter Blog Post, "FTC settlement: Our** | On May 25, 2022, Twitter reached a settlement with the Federal Trade Commission (FTC) regarding a privacy incident disclosed in 2019 when some email addresses and phone numbers provided for account security purposes may have been inadvertently used for advertising. **This issue was addressed as of September 17, 2019**, and today we want to reiterate the work we'll continue to do to protect the privacy and security of the people who use Twitter. |

2

| Number | Source | Challenged Statement[1] |
|---|---|---|
| | **Commitment to protecting your privacy and security"** | |
|  | **Plaintiffs' Statement Set 5** | |
| 5<br><br>[Stmt. 1 in CAC] | **TAC ¶ 184**<br><br>**Twitter's Class Period Reports on Forms 10-K and 10-Q[3]** | Our products may contain errors or our security measures *may be breached*, resulting in the exposure of private information. Our products and services *may be subject to attacks that degrade or deny the ability of people to access our products and services*. These issues may result in the perception that our products and services are not secure, and people on Twitter and advertisers may curtail or stop using our products and services and our business and operating results could be harmed.<br><br>Our products and services involve the storage and transmission of people's and advertisers' information, and security incidents, including those caused by unintentional errors and those intentionally caused by third parties, may expose us to a risk of loss of this information, litigation, increased security costs and potential liability. We and our third-party service providers experience cyber-attacks of varying degrees on a regular basis. We expect to incur significant *costs in an effort to detect and prevent security breaches and other security-related incidents, and we may face increased costs in the event of an actual or perceived security breach or other security-related incident*. In particular, the COVID-19 pandemic is increasing the opportunities available to criminals, as more companies and individuals work online, and as such, the risk of a cybersecurity incident potentially occurring is increasing. *We cannot provide assurances that our preventative efforts will be successful.* |
|  | **Plaintiffs' Statement Set 6** | |
| 6a | **TAC ¶ 214**<br><br>**Sept. 1, 2020 Twitter Safety Account Post** | Regardless of the low-level impact in this case, governments around the world must stop these practices. They're anti-democratic. *Attempts to manipulate our service to undermine democracy – by both foreign and domestic actors – will be met with strict enforcement of our policies.* |
| 6b | **TAC ¶ 216**<br><br>**Oct, 8, 2020 Twitter Blog Post, "Disclosing networks to our state-linked information operations archive"** | In line with our principles of transparency and to improve public understanding of inauthentic influence campaigns, Twitter *is making publicly available archives of Tweets and media that we believe resulted from state-backed information operations on our service.*<br><br>What will you release in the future?<br>If and when we identify additional attempted information operations on Twitter in the future, our first priority is to enforce our rules and remove accounts engaged in attempts to manipulate the public conversation.  Following these enforcements, we carry out thorough investigations of the accounts and individuals involved. *We only disclose datasets once we have determined attribution, and once all applicable investigations have* |

---

[3] As defined in the Third Amended Complaint, "Class Period Reports" is comprised of  Twitter's August 3, 2020 Form 10-Q (Q2 2020); October 30, 2020 Form 10-Q (3Q 2020); February 17, 2021 Form 10-K (FY 2020 10-K); April 30, 2021 Form 10-Q (Q1 2021); July 27, 2021 Form 10-Q (Q2 2021); October 27, 2021 Form 10-Q (Q3 2021); February 16, 2022 Form 10-K (FY 2021 10-K); May 2, 2022 Form 10-Q (Q1 2022); and July 26, 2022 Form 10-Q (Q2 2022).  *See* TAC ¶ 184 n.17 (defining Class Period Reports as those "listed on Appendix A," though no Appendix A is attached); Dkt. 126 (Second Amended Complaint attaching Appendix A).

Exhibit 1, page 010

| Number | Source | Challenged Statement[1] |
|---|---|---|
| | | *concluded. We may also release incremental additions to existing datasets if we believe the additional information could materially impact research findings*<br><br>What's included?<br>*Platform manipulation that we can reliably attribute to a government or state-backed actor is considered an information operation and is prohibited by the Twitter Rules.* |
| 6c | **TAC ¶ 216**<br><br>**Feb 23, 2021 Twitter Blog Post, "Disclosing networks of state-linked information operations"** | In line with our principles of transparency and to improve public understanding of inauthentic influence campaigns, Twitter *is making publicly available archives of Tweets and media that we believe resulted from state-backed information operations on our service.*<br><br>What will you release in the future?<br>If and when we identify additional attempted information operations on Twitter in the future, our first priority is to enforce our rules and remove accounts engaged in attempts to manipulate the public conversation.  Following these enforcements, we carry out thorough investigations of the accounts and individuals involved. *We only disclose datasets once we have determined attribution, and once all applicable investigations have concluded. We may also release incremental additions to existing datasets if we believe the additional information could materially impact research findings*<br><br>What's included?<br>*Platform manipulation that we can reliably attribute to a government or state-backed actor is considered an information operation and is prohibited by the Twitter Rules.* |
| 6d | **TAC ¶ 216**<br><br>**Dec 2, 2021 Twitter Blog Post, "Disclosing state-linked information operations we've removed"** | In line with our principles of transparency and to improve public understanding of inauthentic influence campaigns, Twitter *is making publicly available archives of Tweets and media that we believe resulted from state-backed information operations on our service.*<br><br>What will you release in the future?<br>If and when we identify additional attempted information operations on Twitter in the future, our first priority is to enforce our rules and remove accounts engaged in attempts to manipulate the public conversation.  Following these enforcements, we carry out thorough investigations of the accounts and individuals involved. *We only disclose datasets once we have determined attribution, and once all applicable investigations have concluded. We may also release incremental additions to existing datasets if we believe the additional information could materially impact research findings*<br><br>What's included?<br>*Platform manipulation that we can reliably attribute to a government or state-backed actor is considered an information operation and is prohibited by the Twitter Rules.* |
| 6e | **TAC ¶ 217** | *[I]n 2018, Twitter committed to disclose publicly, any state-backed information operations that were reliably identified on the service, and to make the full datasets of those operations available for investigation and analysis. Since this first release over two years ago, Twitter has now disclosed over 35 separate state-backed information operations designed to nefariously shape and manipulate public opinion online*. |

4

| Number | Source | Challenged Statement[1] |
|---|---|---|
| [Stmt. 16 in CAC] | **Nov. 26, 2020 Twitter Blog Post, "Nation states exerting power online – sharing data can guard against it"** | Independent analysis of this activity by researchers is a key step toward promoting shared understanding of these threats and to help develop a holistic strategy for addressing them. |
| 6f<br><br>[Stmt. 11 in CAC] | **TAC ¶ 218**<br><br>**Mar 26, 2021 Morgan Stanley Conference Interview** | Q: I want to talk about Europe a little bit and the unfortunate world the events around Russia and the Ukraine. Can you maybe just talk to us about how we should be thinking of potential impacts to the user growth, the advertising business or engagement on the platform as you sort of navigate through this uncertain time with Russia and Ukraine?<br><br>* * * * *<br><br>*So—and over the years, we've been very, very transparent about any attempt that we've seen from state actors to manipulate the conversation on Twitter, right? And we've shared those transparently. We've been active in detecting them.*<br><br>So really, we've been doing work proactively to be prepared for this moment.  And even in the last two weeks, our teams have done a lot of amazing work, right? |
| | | **Plaintiffs' Statement Set 7** |
| 7a | **TAC ¶ 263**<br><br>**Twitter's Q2 2020 Form 10-Q** | In the three months ended June 30, 2020, *we had 186 million average mDAU, which represents an increase of 34% from the three months ended June 30, 2019. The increase was driven by global conversation around current events and ongoing product improvements.* |
| 7b | **TAC ¶¶ 264-265**<br><br>**Oct 29, 2020 Twitter Q3 2020 Earnings Press Release** | "We have grown our daily audience by 42 million in the last year as people all around the world come to Twitter to find out about the topics and events they care about most. I'm pleased mDAU *grew 29% year over year to 187 million, driven by global conversation around current events and product improvements,*" said Jack Dorsey, Twitter's CEO. "We're helping people find trusted sources of information by better organizing and surfacing the topics and interests that bring people to Twitter."<br><br>*Average mDAU was 187 million for Q3, compared to 145 million in the same period of the previous year and compared to 186 million in the previous quarter* |
| 7c | **TAC ¶ 266**<br><br>**Twitter Q3 2020 Form 10-Q** | Average monetizable daily active usage (mDAU) for the three months ended September 30, 2020 was 187 million, an increase of 29% year over year. |
| 7d | **TAC ¶ 267** | Average monetizable DAU (mDAU) reached 192 million, up 27% year over year and up 5 million sequentially, driven by global conversation around current events and ongoing product improvements. |

5

| Number | Source | Challenged Statement[1] |
|---|---|---|
|  | **Feb. 29, 2021 Twitter Q3 2020 Shareholder letter** |  |
| 7e | **TAC ¶ 268**<br><br>**Twitter FY 2020 Form 10-K** | In the three months ended December 31, 2020, we had 192 million average mDAU, which represents an increase of 27% from the three months ended December 31, 2019. |
| 7f | **TAC ¶¶ 269-270**<br><br>**Apr. 23, 2021 Twitter Q1 2021 Earnings Results Press Release[4]** | "People turn to Twitter to see and talk about what's happening, and we are helping them find their interests more quickly while making it easier to follow and participate in conversations," said Jack Dorsey, Twitter's CEO. "*Average monetizable DAU (mDAU) reached 199 million, up 20% year over year and up 7 million sequentially, driven by ongoing product improvements and global conversation around current events.*"<br><br>*Average monetizable daily active users (mDAU) were 199 million for Q1, compared to 166 million in the same period of the previous year and compared to 192 million in the previous quarter.* |
| 7g | **TAC ¶ 271**<br><br>**Twitter Q1 2021 Form 10-Q** | In the three months ended March 31, 2021, we had 199 million average mDAU, which represents an increase of 20% from the three months ended March 31, 2020. |
| 7h | **TAC ¶ 272**<br><br>**Jul 22, 2021 Twitter Q2 2021 Earnings Results Press Release** | Average monetizable daily active users (mDAU) were 206 million for Q2, compared to 186 million in the same period of the previous year and compared to 199 million in the previous quarter. |
| 7i | **TAC ¶ 273**<br><br>**Twitter Q2 2021 Form 10-Q** | In the three months ended June 30, 2021, we had 206 million average mDAU, which represents an increase of 11% from the three months ended June 30, 2020. |
| 7j | **TAC ¶ 274**<br><br>**Oct. 26, 2021 Twitter Q3 2021 Earnings Results Press Release** | *Average monetizable daily active usage (mDAU) was 211 million for Q3, compared to 187 million in the same period of the previous year and 206 million in the previous quarter.* |
| 7k | **TAC ¶ 275**<br><br>**Twitter Q3 2021 Form 10-Q** | In the three months ended September 30, 2021, we had 211 million average mDAU, which represents an increase of 13% from the three months ended September 30, 2020. |

[4] TAC ¶ 269 refers to "second quarter 2021" results, but that appears to be a typographical error, as April 23, 2021, was the date on which Twitter released its Q1 2021 earnings results.

Exhibit 1, page 013

| Number | Source | Challenged Statement[1] |
|---|---|---|
| 7l | **TAC ¶ 276**<br>**Feb. 10, 2022 Twitter FY 2021 Earnings Results Press Release** | "Highlights:" "[a]verage monetizable DAU (mDAU)[] reached 217 million, up 13% year over year, driven by product improvements, as well as global conversation around current events." The press release further stated that "**[w]e made meaningful progress in 2021 against our 2023 goals: doubling development velocity by the end of 2023, delivering at least 315 million mDAU in Q4'23, and delivering $7.5 billion or more in revenue for the full year of 2023.**" |
| 7m | **TAC ¶ 277**<br><br>**Twitter FY 2021 Form 10-K** | In the three months ended December 31, 2021, we had 217 million average mDAU, which represents an increase of 13% from the three months ended December 31, 2020. |
| 7n | **TAC ¶ 278**<br><br>**Apr. 28, 2022 Twitter Q1 2022 Earnings Results Press Release** | *Average monetizable daily active usage (mDAU)[] was 229.0 million for Q1, up 15.9% compared to Q1 of the prior year.* |
| 7o | **TAC ¶ 279**<br><br>**Twitter Q1 2022 Form 10-Q** | In the three months ended March 31, 2022, we had 229.0 million average mDAU[], which represents an increase of 15.9% from the three months ended March 31, 2021. |
| 7p | **TAC ¶ 280**<br><br>**July 22, 2022 Twitter Q2 2022 Earnings Results Press Release** | *Q2 average monetizable daily active usage (mDAU) was 237.8 million, up 16.6% compared to Q2 of the prior year. The increase was driven by ongoing product improvements and global conversation around current events.*<br>\* \* \* \* \*<br><br>*In the three months ended June 30, 2022, we had 237.8 million average mDAU[], which represents an increase of 16.6% from the three months ended June 30, 2021.* |
| **Plaintiffs' Statement Set 8** | | |
| 8<br><br>[Stmt. 27 in CAC] | **TAC ¶ 301**<br><br>**Twitter's Class Period Reports on Forms 10-K and 10-Q** | *After we determine an account is spam, malicious automation, or fake, we stop counting it in our mDAU, or other related metrics.* |

7

Exhibit 1, page 014