# Exhibit 7

The Wayback Machine - http://web.archive.org/web/20200901182533/https://transp…

Skip to main content

 Transparency

Information Operations

# 01.

# Overview

# 02.

# FAQs

# 03.

# Download Archive

# 04.

# Unhashed Releases

Information Operations

## 01.

## Overview

## 02.

## FAQs

## 03.

## Download Archive

## 04.

## Unhashed Releases

## 01.

## Overview

In line with our principles of transparency and to improve public understanding of inauthentic influence campaigns, Twitter is making publicly available archives of Tweets and media that we believe resulted from state-backed information operations on our service.

We believe Twitter has a responsibility to protect the integrity of the public conversation — including through the timely disclosure of information about attempts to manipulate Twitter to influence elections and other civic conversations by foreign or domestic state-backed entities. We believe the public and research community are better informed by transparency.

In October 2018, we launched the first archive in the industry of potential foreign information operations we have seen on Twitter. It is our fundamental belief that these accounts should be made public and searchable so members of the public, governments, and researchers can investigate, learn, and build media literacy capacities for the future.

Exhibit 7, page 143

Transparency has been a critical part of this company from the start. We expanded this dataset considerably with several separate updates over the past couple of years — we're the only company to offer this level of granularity and transparency.

For our part, we are learning, evolving, and building a technological and personnel-driven approach to combating inauthentic influence campaigns. We hope that holistic, transparent disclosures such as this can help us all learn and build the necessary societal defenses and capacities to protect public conversation.

June 2020

Twitter published a dataset of **32,242 accounts**, attributed to state backed information operations originating from **China, Russia, and Turkey**.

**Blog post**

(http://web.archive.org/web/20200901182533/https://blog.twitter.com/en_us/topics/company/2020/information-operations-june-2020.html)

April 2020

Twitter published a dataset of **20,348 accounts**, attributed to state backed information operations originating from **Serbia, Honduras, Egypt, Indonesia, and a KSA affiliated actor**.

**Tweet thread**

(http://web.archive.org/web/20200901182533/https://twitter.com/TwitterSafety/status/1245682431975460864?s=20)

March 2020

Exhibit 7, page 144

Twitter published a dataset of **70 accounts**, attributed to state backed information operations originating from **Ghana/Nigeria**.

**Tweet thread**

(http://web.archive.org/web/20200901182533/https://twitter.com/TwitterSafety/status/1238208545721638912?s=20)

December 2019

Twitter published a dataset of **5,929 accounts**, attributed to state backed information operations originating from **Saudi Arabia**.

**Blog post**

(http://web.archive.org/web/20200901182533/https://blog.twitter.com/en_us/topics/company/2019/new-disclosures-to-our-archive-of-state-backed-information-operations.html)

September 2019

Twitter published a dataset of **10,104 accounts**, attributed to state backed information operations originating from **UAE & Egypt, Saudi Arabia, Spain, Ecuador, and China**.

**Blog post**

(http://web.archive.org/web/20200901182533/https://blog.twitter.com/en_us/topics/company/2019/info-ops-disclosure-data-september-2019.html)

August 2019

Twitter published a dataset of **936 accounts**, attributed to state backed information operations originating from **China**.

**Blog post**

(http://web.archive.org/web/20200901182533/https://blog.twitter.com/en_us/topics/company/2019/information_operations_directed_at_Hong_Kong.html)

Exhibit 7, page 145

June 2019

Twitter published a dataset of **4,943 accounts**, attributed to state backed information operations originating from **Iran, Russia, Spain, and Venezuela**.

**Blog post** (http://web.archive.org/web/20200901182533/https://blog.twitter.com/en_us/topics/company/2019/information-ops-on-twitter.html)

January 2019

Twitter published a dataset of **4,711 accounts**, attributed to state backed information operations originating from **Bangladesh, Russia, Iran, and multiple datasets from Venezuela**.

**Blog post**

(http://web.archive.org/web/20200901182533/https://blog.twitter.com/en_us/topics/company/2019/further_research_information_operations.html)

October 2018

Twitter published a dataset of **4,383 accounts**, attributed to state backed information operations originating from **Russia and Iran**.

**Blog post**

(http://web.archive.org/web/20200901182533/https://blog.twitter.com/en_us/topics/company/2018/enabling-further-research-of-information-operations-on-twitter.html)

Exhibit 7, page 146



## 02.

## FAQs

**What will you release in the future?**

If and when we identify additional attempted information operations on Twitter in the future,  our first priority is to enforce our rules and remove accounts engaged in attempts to manipulate the public conversation.  Following these enforcements, we carry out thorough investigations of the accounts and individuals involved. We only disclose datasets once we have determined attribution, and once all applicable investigations have concluded. We may also release incremental additions to existing datasets if we believe the additional information could materially impact research findings.

**What's included?**

Platform manipulation that we can reliably attribute to a government or state-backed actor is considered an information operation and is prohibited by the Twitter Rules (http://web.archive.org/web/20200901182533/https://help.twitter.com/en/rules-and-policies/platform-manipulation).

These datasets are of a size that a degree of capability for large dataset analysis is required. You can download the datasets below. While no content has been redacted, some account-specific information has been hashed to protect account privacy.

These datasets include profile information, Tweets and media (e.g., images and videos) from accounts we believe are connected to state-backed information operations. Tweets and media which were deleted are not included in the datasets. Note that not all of the accounts we identified as connected to these campaigns actively Tweeted, so the number of accounts represented in the datasets may be less than the total number of accounts attributed to the information operation and enforced against.

**Why hash some of the information?**

For accounts with fewer than 5,000 followers, we have hashed certain identifying fields (such as user ID and screen name) in the publicly-available version of the datasets. While we've taken every possible precaution to ensure there are no false positives in these datasets, we've hashed these fields to reduce the potential negative impact on authentic or compromised accounts — while still enabling longitudinal research, network analysis, and assessment of the underlying content created by these accounts.

Specialist researchers can apply below for research access to an unhashed version of these datasets. Access to the unhashed version is governed by a data license agreement limiting usage of the unhashed datasets to research purposes, with

Exhibit 7, page 149

provisions to ensure the researcher may only use the data in a limited manner and with appropriate security measures in place.

**What can I do if I believe I've been included here in error?**

If you believe your account has been included in error, please log into your account and file a suspension appeal here (http://web.archive.org/web/20200901182533/https://help.twitter.com/forms/general?subtopic=suspended). We carefully review these cases, and will help restore potentially compromised accounts, or accounts that may have been included in error, to their owners.

# 03.

# Download Archive

# 03.

# Download Archive

You can download the datasets by entering your email address and clicking "Submit". Your use of the datasets is governed by the Twitter Developer Agreement and Policy (http://web.archive.org/web/20200901182533/https://t.co/devpolicy). By clicking "Submit", you agree to the Twitter Developer Agreement and Policy (http://web.archive.org/web/20200901182533/https://t.co/devpolicy).

If you believe your account has been included in error, please log into your account and file a suspension appeal here (http://web.archive.org/web/20200901182533/https://help.twitter.com/forms/general?subtopic=suspended). We carefully review these cases, and will help restore potentially compromised accounts, or accounts that may have been included in error, to their owners.

Enter your email *

Submit

# Enter your email:

Thank you for submitting the form.

# Datasets released in June 2020





Download the corresponding Dataset Readme (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_05/Twitter_Elections_Integrity_Datasets_hashed_README.txt). Read more on our blog (http://web.archive.org/web/20200901182533/https://blog.twitter.com/en_us/topics/company/2020/information-operations-june-2020.html).

China (May 2020) - 23750 Accounts

- Account Information (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_05/china_052020/china_052020_users_csv_hashed.zip) (1 MB)

- Tweet Information (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_05/china_052020/china_052020_tweets_csv_hashed.zip) (73.2 MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_05/china_052020/china_052020_media_file_list_hashed.txt) (31 GB, 17 archives)

Turkey (May 2020) - 7340 Accounts

- Account Information
  (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_05/turkey_052020/turkey_052020_users_csv_hashed.zip) (533 KB)

- Tweet Information
  (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_05/turkey_052020/turkey_052020_tweets_csv_hashed.zip) (5 GB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_05/turkey_052020/turkey_052020_media_file_list_hashed.txt) (821 GB, 391 archives)

Russia (May 2020) - 1152 Accounts

- Account Information
  (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_05/russia_052020/russia_052020_users_csv_hashed.zip) (85 KB)

- Tweet Information
  (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_05/russia_052020/russia_052020_tweets_csv_hashed.zip) (353 MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_05/russia_052020/russia_052020_media_file_list_hashed.txt) (108 GB, 54 archives)

# Datasets released in April 2020





Download the corresponding Dataset Readme
(http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/Twitter_Elections_Integrity_Datasets_hashed_README.txt). Read more about these datasets on Twitter
(http://web.archive.org/web/20200901182533/https://twitter.com/TwitterSafety/status/124568244324125901 0?s=20).

Exhibit 7, page 152

Egypt (February  2020) - 2541 Accounts

- Account Information
  (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/egypt_022020/egypt_022020_users_csv_hashed.zip) (191 KB)

- Tweet Information
  (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/egypt_022020/egypt_022020_tweets_csv_hashed.zip) (1 GB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/egypt_022020/egypt_022020_media_file_list_hashed.txt) (575 GB, 204 archives)

Honduras (February  2020) - 3104 Accounts

- Account Information
  (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/honduras_022020/honduras_022020_users_csv_hashed.zip) (178 KB)

- Tweet Information
  (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/honduras_022020/honduras_022020_tweets_csv_hashed.zip) (137 MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/honduras_022020/honduras_022020_media_file_list_hashed.txt) (75 GB, 34 archives)

Indonesia (February  2020) - 795 Accounts

Exhibit 7, page 153

- Account Information (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/indonesia_022020/indonesia_022020_users_csv_hashed.zip) (57 KB)

- Tweet Information (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/indonesia_022020/indonesia_022020_tweets_csv_hashed.zip) (207 MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/indonesia_022020/indonesia_022020_media_file_list_hashed.txt) (58 GB, 21 archives)

Serbia (February  2020) - 8558 Accounts

- Account Information (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/serbia_022020/serbia_022020_users_csv_hashed.zip) (470 KB)

- Tweet Information (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/serbia_022020/serbia_022020_tweets_csv_hashed.zip) (5.7 GB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/serbia_022020/serbia_022020_media_file_list_hashed.txt) (2.3 TB, 981 archives)

SA_EG_AE (February  2020) - 5350 Accounts

Exhibit 7, page 154

- Account Information
  (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/sa_eg_ae_022020/sa_eg_ae_022020_users_csv_hashed.zip) (388 KB)

- Tweet Information
  (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/sa_eg_ae_022020/sa_eg_ae_022020_tweets_csv_hashed.zip) (4.2 GB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_04/sa_eg_ae_022020/sa_eg_ae_022020_media_file_list_hashed.txt) (977 GB, 330 archives)

# Datasets released in March 2020





Download the corresponding Dataset Readme
(http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_03/Twitter_Elections_Integrity_Datasets_hashed_README.txt). Read more about this dataset on Twitter
(http://web.archive.org/web/20200901182533/https://twitter.com/TwitterSafety/status/1238208545721638912?s=20).

Ghana / Nigeria (March 2020) - 71 Accounts

- Account Information (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_03/032020_users_csv_hashed.zip) (18 KB)

- Tweet Information (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_03/032020_tweets_csv_hashed.zip) (27 MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2020_03/032020_media_file_list_hashed.txt) (17 GB, 6 archives)

# Datasets released in December 2019





Download the corresponding Dataset Readme (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_11/Twitter_Elections_Integrity_Datasets_hashed_README.txt), and read more about these datasets on our blog (http://web.archive.org/web/20200901182533/https://blog.twitter.com/).

Saudi Arabia (October 2019) - 5,929 Accounts

- Account Information (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_11/saudi_arabia_112019/saudi_arabia_112019_users_csv_hashed.zip) (512 KB)

- Tweet Information (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_11/saudi_arabia_112019/saudi_arabia_112019_tweets_csv_hashed.zip) (4.3 GB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_11/saudi_arabia_112019/saudi_arabia_112019_media_file_list_hashed.txt) (1.3 TB)

Exhibit 7, page 156

# Datasets released in September 2019





Download the corresponding Dataset Readme
(http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/Twitter_Elections_Integrity_Datasets_hashed_README.txt), and read more about these datasets on our blog
(http://web.archive.org/web/20200901182533/https://blog.twitter.com/en_us/topics/company/2019/info-ops-disclosure-data-september-2019.html).

China (July 2019, set 3) - 4,301 Accounts

- Account Information
  (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/china_082019_3/china_082019_3_users_csv_hashed.zip) (258 KB)

- Tweet Information
  (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/china_082019_3/china_082019_3_tweets_csv_hashed.zip) (913 MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/china_082019_3/china_082019_3_media_file_list_hashed.txt) (604 GB, 224 archives)

Saudi Arabia (April 2019) - 6 Accounts

- Account Information
  (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/saudi_arabia_082019_1/saudi_arabia_082019_1_users_csv_hashed.zip)
  (1 KB)

- Tweet Information
  (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/saudi_arabia_082019_1/saudi_arabia_082019_1_tweets_csv_hashed.zip) (38 KB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/saudi_arabia_082019_1/saudi_arabia_082019_1_media_file_list_hashed.txt) (357 MB, 1 archives)

Ecuador (April 2019) - 1,019 Accounts

- Account Information
  (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/ecuador_082019_1/ecuador_082019_1_users_csv_hashed.zip) (57 KB)

- Tweet Information
  (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/ecuador_082019_1/ecuador_082019_1_tweets_csv_hashed.zip) (85 MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/ecuador_082019_1/ecuador_082019_1_media_file_list_hashed.txt) (173 GB, 56 archives)

United Arab Emirates (March 2019) - 4,248 Accounts

- Account Information (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/uae_082019_1/uae_082019_1_users_csv_hashed.zip) (355 KB)

- Tweet Information (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/uae_082019_1/uae_082019_1_tweets_csv_hashed.zip) (227 MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/uae_082019_1/uae_082019_1_media_file_list_hashed.txt) (680 GB, 304 archives)

Spain (April 2019) - 259 Accounts

- Account Information (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/spain_082019_1/spain_082019_1_users_csv_hashed.zip) (20 KB)

- Tweet Information (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/spain_082019_1/spain_082019_1_tweets_csv_hashed.zip) (7 MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/spain_082019_1/spain_082019_1_media_file_list_hashed.txt) (16 GB, 9 archives)

United Arab Emirates / Egypt (April 2019) - 271 Accounts

Exhibit 7, page 159

- Account Information
  (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/egypt_uae_082019_1/egypt_uae_082019_1_users_csv_hashed.zip) (20 KB)

- Tweet Information
  (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/egypt_uae_082019_1/egypt_uae_082019_1_tweets_csv_hashed.zip)
   (30 MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/egypt_uae_082019_1/egypt_uae_082019_1_media_file_list_hashed.txt)
   (45 GB, 19 archives)

# Datasets released in August 2019





Download the corresponding Dataset Readme (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/Twitter_Elections_Integrity_Datasets_hashed_README.txt), and read more about these datasets on our blog (http://web.archive.org/web/20200901182533/https://blog.twitter.com/en_us/topics/company/2019/information_operations_directed_at_Hong_Kong.html).

China (July 2019, set 1) - 744 Accounts

- <u>Account Information</u>
  ([http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/china_082019_1/china_082019_1_users_csv_hashed.zip](http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/china_082019_1/china_082019_1_users_csv_hashed.zip)) (41 KB)

- <u>Tweet Information</u>
  ([http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/china_082019_1/china_082019_1_tweets_csv_hashed.zip](http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/china_082019_1/china_082019_1_tweets_csv_hashed.zip)) (158 MB)

- <u>Media</u> ([http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/china_082019_1/china_082019_1_media_file_list_hashed.txt](http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/china_082019_1/china_082019_1_media_file_list_hashed.txt)) (85 GB, 32 archives)

China (July 2019, set 2) - 196 Accounts

- <u>Account Information</u>
  ([http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/china_082019_2/china_082019_2_users_csv_hashed.zip](http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/china_082019_2/china_082019_2_users_csv_hashed.zip)) (14 KB)

- <u>Tweet Information</u>
  ([http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/china_082019_2/china_082019_2_tweets_csv_hashed.zip](http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_08/china_082019_2/china_082019_2_tweets_csv_hashed.zip))(169 MB)

- <u>Media</u> ([http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/china_082019_2/china_082019_2_media_file_list_hashed.txt](http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_08/china_082019_2/china_082019_2_media_file_list_hashed.txt)) (40 GB, 17 archives)

# Datasets released in June 2019





Download the corresponding <u>Dataset Readme</u>
([http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_06/Twitter_Elections_Integrity_Datasets_hashed_README.txt](http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_06/Twitter_Elections_Integrity_Datasets_hashed_README.txt)), and read more

about these datasets on <u>our blog</u>
(<u>http://web.archive.org/web/20200901182533/https://blog.twitter.com/en_us/topics/company/2019/informati</u>
<u>on-ops-on-twitter.html</u>).

Catalonia (June 2019) - 130 accounts

- <u>Account information</u>
  (<u>http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-</u>
  <u>integrity/hashed/2019_06/catalonia_201906_1/catalonia_201906_1_users_csv_hashed.zip</u>)

- <u>Tweet information</u>
  (<u>http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-</u>
  <u>integrity/hashed/2019_06/catalonia_201906_1/catalonia_201906_1_tweets_csv_hashed.zip</u>)
  (1.5MB)

- <u>Media</u> (<u>http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-</u>
  <u>election-</u>
  <u>integrity/hashed/2019_06/catalonia_201906_1/catalonia_201906_1_media_file_list_hashed.txt</u>)
  (2.74GB, 3 archives)

Iran (June 2019, set 1) - 1,666 accounts

- <u>Account information</u>
  (<u>http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-</u>
  <u>integrity/hashed/2019_06/iran_201906_1/iran_201906_1_users_csv_hashed.zip</u>)

- <u>Tweet information</u>
  (<u>http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-</u>
  <u>integrity/hashed/2019_06/iran_201906_1/iran_201906_1_tweets_csv_hashed.zip</u>) (316MB)

- <u>Media</u> (<u>http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-</u>
  <u>election-</u>
  <u>integrity/hashed/2019_06/iran_201906_1/iran_201906_1_media_file_list_hashed.txt</u>) (258GB,
  111 archives)

Iran (June 2019, set 2) - 248 accounts

- Account information (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_06/iran_201906_2/iran_201906_2_users_csv_hashed.zip)

- Tweet information (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_06/iran_201906_2/iran_201906_2_tweets_csv_hashed.zip) (318MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_06/iran_201906_2/iran_201906_2_media_file_list_hashed.txt) (183GB, 29 archives)

Iran (June 2019, set 3) - 2,865 accounts

- Account information (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_06/iran_201906_3/iran_201906_3_users_csv_hashed.zip)

- Tweet information (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_06/iran_201906_3/iran_201906_3_tweets_csv_hashed.zip) (46MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_06/iran_201906_3/iran_201906_3_media_file_list_hashed.txt) (55GB, 18 archives)

Russia (June 2019) - 4 accounts

- Account information
  (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_06/russia_201906_1/russia_201906_1_users_csv_hashed.zip)

- Tweet information
  (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_06/russia_201906_1/russia_201906_1_tweets_csv_hashed.zip) (260KB)

- Media (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_06/russia_201906_1/russia_201906_1_media_file_list_hashed.txt) (72MB, 2 archives)

Venezuela (June 2019) - 33 accounts

- Account information
  (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_06/venezuela_201906_1/venezuela_201906_1_users_csv_hashed.zip)

- Tweet information
  (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_06/venezuela_201906_1/venezuela_201906_1_tweets_csv_hashed.zip) (64MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_06/venezuela_201906_1/venezuela_201906_1_media_file_list_hashed.txt) (24GB, 13 archives)

# Datasets released in January 2019





Download the corresponding Dataset Readme (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_01/Twitter_Elections_Integrity_Datasets_hashed_README.txt), and read more

about these datasets on <u>our blog</u>
(<u>http://web.archive.org/web/20200901182533/https://blog.twitter.com/en_us/topics/company/2019/further_r</u>
<u>esearch_information_operations.html</u>).

Iran (January 2019) - 2,320 accounts

- <u>Account information</u>
  (<u>http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-</u>
  <u>integrity/hashed/2019_01/iran_201901_1/iran_201901_1_users_csv_hashed.zip</u>)

- <u>Tweet information</u>
  (<u>http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-</u>
  <u>integrity/hashed/2019_01/iran_201901_1/iran_201901_1_tweets_csv_hashed.zip</u>) (717MB)

- <u>Media</u> (<u>http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-</u>
  <u>election-</u>
  <u>integrity/hashed/2019_01/iran_201901_1/iran_201901_1_media_file_list_hashed.txt</u>) (202GB,
  89 archives)

Bangladesh (January 2019) - 15 accounts

- <u>Account information</u>
  (<u>http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-</u>
  <u>integrity/hashed/2019_01/bangladesh_201901_1/bangladesh_201901_1_users_csv_hashed.zip</u>)

- <u>Tweet information</u>
  (<u>http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-</u>
  <u>integrity/hashed/2019_01/bangladesh_201901_1/bangladesh_201901_1_tweets_csv_hashed.zip</u>)
  (2.6MB)

- <u>Media</u> (<u>http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-</u>
  <u>election-</u>
  <u>integrity/hashed/2019_01/bangladesh_201901_1/bangladesh_201901_1_media_file_list_hashed.tx</u>
  <u>t</u>) (77MB, 3 archives)

Russia (January 2019) - 416 accounts

- Account information (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_01/russia_201901_1/russia_201901_1_users_csv_hashed.zip)

- Tweet information (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_01/russia_201901_1/russia_201901_1_tweets_csv_hashed.zip) (120MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_01/russia_201901_1/russia_201901_1_media_file_list_hashed.txt) (63.7GB, 8 archives)

Venezuela (January 2019, set 1) - 1,196 accounts

- Account information (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_01/venezuela_201901_1/venezuela_201901_1_users_csv_hashed.zip)

- Tweet information (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_01/venezuela_201901_1/venezuela_201901_1_tweets_csv_hashed.zip) (1GB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_01/venezuela_201901_1/venezuela_201901_1_media_file_list_hashed.txt) (359GB, 75 archives)

Venezuela (January 2019, set 2) - 764 accounts

Exhibit 7, page 166

- Account information
(http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_01/venezuela_201901_2/venezuela_201901_2_users_csv_hashed.zip)

- Tweet information
(http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2019_01/venezuela_201901_2/venezuela_201901_2_tweets_csv_hashed.zip)
 (136MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2019_01/venezuela_201901_2/venezuela_201901_2_media_file_list_hashed.txt)
 (81GB, 37 archives)

# Datasets released in October 2018





Download the corresponding Dataset Readme (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2018_10/Twitter_Elections_Integrity_Datasets_hashed_README.txt), and read more about these datasets on our blog (http://web.archive.org/web/20200901182533/https://blog.twitter.com/en_us/topics/company/2018/enabling-further-research-of-information-operations-on-twitter.html).

Internet Research Agency (October 2018) - 3,613 accounts

- Account information
(http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2018_10/ira/ira_users_csv_hashed.zip)

- Tweet information
(http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2018_10/ira/ira_tweets_csv_hashed.zip) (1.2GB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2018_10/ira/ira_media_file_list_hashed.txt) (274GB, 300 archives)

Iran (October 2018) - 770 accounts

- Account information
  (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2018_10/iranian/iranian_users_csv_hashed.zip)

- Tweet information
  (http://web.archive.org/web/20200901182533/https://storage.googleapis.com/twitter-election-integrity/hashed/2018_10/iranian/iranian_tweets_csv_hashed.zip) (168MB)

- Media (http://web.archive.org/web/20200901182533/https://storage.cloud.google.com/twitter-election-integrity/hashed/2018_10/iranian/iranian_media_file_list_hashed.txt) (65.7GB, 52 archives)

# 04.

# Unhashed Releases

# 04.

# Unhashed Releases

To request research access to the unhashed version of these datasets, please complete this form.

Organization name (required) *

⊗

Email address (required) *

⊗

Details of proposed analysis (required) *

⊗

Submit

Exhibit 7, page 168

# Project Sunlight

Thank you for requesting access to Twitter's information operations datasets. We will review your use case and respond shortly.

## Other reports



[Information Requests](#)

-

-

-

-

# Legal requests for account information

(http://web.archive.org/web/20200901182533/https://transparency.twitter.com/en/reports/information-requests.html)



[Rules Enforcement](#)

-

-

-

-

# **Twitter Rules and TOS enforcement**

([http://web.archive.org/web/20200901182533/https://transparency.twitter.com/en/reports/rules-enforcement.html](http://web.archive.org/web/20200901182533/https://transparency.twitter.com/en/reports/rules-enforcement.html))



[Email Security](#)

- 

- 

- 

- 

# **Email security practices**

- 

- 

(http://web.archive.org/web/20200901182533/https://transparency.twitter.com/en/reports/email-security.html)

Exhibit 7, page 171



© 2020 Twitter, Inc.

<u>Cookies</u> <u>(http://web.archive.org/web/20200901182533/https://help.twitter.com/rules-and-policies/twitter-cookies)</u>

<u>Privacy</u> <u>(http://web.archive.org/web/20200901182533/https://twitter.com/privacy)</u>

<u>Terms and Conditions</u> <u>(http://web.archive.org/web/20200901182533/https://twitter.com/tos)</u>

<u>Transparency</u>

<u>Transparency</u>

- <u>Transparency</u>
- <u>English</u>
- <u>Gktglīṭk̲x̲ġvŕa</u>
- <u>Español</u>

Exhibit 7, page 173

Exhibit 7, page 174