# Exhibit 13

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 1/3/2022 | 43.5 | 43.69 | 42.48 | 42.66 | 14447453 |
| 1/4/2022 | 42.85 | 42.97 | 40.36 | 40.85 | 21422442 |
| 1/5/2022 | 40.8 | 41.8754 | 39.45 | 39.5 | 22008559 |
| 1/6/2022 | 39.5 | 40.44 | 38.69 | 39.59 | 16613358 |
| 1/7/2022 | 39.65 | 40.69 | 39.32 | 39.67 | 14669913 |
| 1/10/2022 | 39.33 | 40.035 | 38.22 | 39.97 | 14997303 |
| 1/11/2022 | 39.79 | 40.9399 | 39.6 | 40.66 | 13815386 |
| 1/12/2022 | 40.88 | 41.48 | 39.77 | 40.25 | 10439039 |
| 1/13/2022 | 40.15 | 40.34 | 38.61 | 38.7 | 15075627 |
| 1/14/2022 | 38.43 | 39.05 | 37.51 | 38.44 | 14849796 |
| 1/18/2022 | 37.72 | 38.2 | 37.13 | 37.3 | 14915247 |
| 1/19/2022 | 37.13 | 38.28 | 37.005 | 37.35 | 19797988 |
| 1/20/2022 | 37.84 | 39.03 | 37.195 | 37.28 | 17688913 |
| 1/21/2022 | 36.9 | 37.08 | 34.795 | 34.82 | 25674078 |
| 1/24/2022 | 33.7 | 35.14 | 32.05 | 35.06 | 31932961 |
| 1/25/2022 | 34.22 | 34.99 | 33.62 | 34.17 | 19205772 |
| 1/26/2022 | 34.97 | 35.43 | 33.265 | 33.62 | 21377945 |
| 1/27/2022 | 34.14 | 35.1417 | 33.81 | 33.84 | 16637276 |
| 1/28/2022 | 33.79 | 35.3 | 33.6 | 35.27 | 14368685 |
| 1/31/2022 | 35.43 | 37.56 | 35.34 | 37.51 | 17558278 |
| 2/1/2022 | 37.84 | 38.17 | 36.87 | 38.12 | 14628246 |
| 2/2/2022 | 38.29 | 38.29 | 36.25 | 36.51 | 18992993 |
| 2/3/2022 | 33.84 | 35.18 | 33.84 | 34.48 | 32803389 |
| 2/4/2022 | 35.66 | 37.44 | 34.76 | 36.94 | 23579592 |
| 2/7/2022 | 36.72 | 37.33 | 35.895 | 36.04 | 22770464 |
| 2/8/2022 | 35.52 | 36.27 | 35.15 | 35.98 | 17194932 |
| 2/9/2022 | 36.5 | 37.92 | 36.14 | 37.83 | 24473520 |
| 2/10/2022 | 36.56 | 39.1 | 36.22 | 37.08 | 48150273 |
| 2/11/2022 | 37.42 | 37.76 | 35.66 | 35.84 | 23516836 |
| 2/14/2022 | 35.62 | 36.61 | 35.5 | 35.69 | 15212644 |
| 2/15/2022 | 36.23 | 37 | 36.06 | 36.98 | 21350445 |
| 2/16/2022 | 35.97 | 36.285 | 35.52 | 36.24 | 17602359 |
| 2/17/2022 | 35.99 | 36.61 | 35.32 | 35.43 | 16524414 |
| 2/18/2022 | 35.49 | 35.66 | 34.1 | 34.32 | 15339039 |
| 2/22/2022 | 33.66 | 33.93 | 32.75 | 32.93 | 16913051 |
| 2/23/2022 | 33.25 | 33.455 | 32.42 | 32.76 | 15102051 |
| 2/24/2022 | 31.3 | 35.065 | 31.3 | 34.98 | 22551009 |
| 2/25/2022 | 35.12 | 35.3 | 34.13 | 35.29 | 15394855 |
| 2/28/2022 | 34.95 | 36.05 | 34.855 | 35.55 | 17962027 |
| 3/1/2022 | 35.51 | 36.1276 | 34.705 | 35.56 | 17948015 |
| 3/2/2022 | 35.77 | 35.77 | 34.13 | 34.62 | 18255137 |
| 3/3/2022 | 34.9 | 35.18 | 33.45 | 33.49 | 18791981 |
| 3/4/2022 | 33.75 | 34.23 | 32.95 | 33.39 | 17537857 |
| 3/7/2022 | 33.51 | 33.88 | 32.4 | 32.42 | 18780247 |
| 3/8/2022 | 32.27 | 33.83 | 31.95 | 32.68 | 17410612 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 3/9/2022 | 33.55 | 34.53 | 33.3 | 34.37 | 16886048 |
| 3/10/2022 | 33.63 | 34.44 | 33.37 | 34.12 | 12583295 |
| 3/11/2022 | 34.04 | 34.11 | 32.88 | 33 | 15751909 |
| 3/14/2022 | 32.69 | 33.95 | 32.48 | 33.03 | 17551479 |
| 3/15/2022 | 33.12 | 34.52 | 33 | 33.97 | 14677991 |
| 3/16/2022 | 34.9 | 35.65 | 34.32 | 35.37 | 25197014 |
| 3/17/2022 | 35.21 | 37.71 | 34.89 | 37.3 | 30853067 |
| 3/18/2022 | 37.46 | 39.045 | 37.18 | 37.77 | 35946312 |
| 3/21/2022 | 37.7 | 37.89 | 36.64 | 37.44 | 20298742 |
| 3/22/2022 | 37.64 | 39.045 | 37.62 | 38.43 | 17162051 |
| 3/23/2022 | 38 | 38.75 | 37.58 | 38 | 12993635 |
| 3/24/2022 | 38.33 | 39.09 | 38.23 | 38.82 | 18281410 |
| 3/25/2022 | 38.99 | 39.4705 | 37.69 | 38.6 | 20787529 |
| 3/28/2022 | 38.44 | 39.295 | 38.3 | 39.12 | 14225619 |
| 3/29/2022 | 39.48 | 40.959 | 39.39 | 40.69 | 17855436 |
| 3/30/2022 | 40.35 | 40.35 | 38.57 | 39 | 15804341 |
| 3/31/2022 | 39.11 | 39.23 | 38.4105 | 38.69 | 13208334 |
| 4/1/2022 | 39.16 | 39.855 | 39 | 39.31 | 12131791 |
| 4/4/2022 | 47.87 | 51.37 | 46.86 | 49.97 | 2.69E+08 |
| 4/5/2022 | 53.85 | 54.57 | 50.56 | 50.98 | 2.18E+08 |
| 4/6/2022 | 50.035 | 52.87 | 49.3 | 50.77 | 1.59E+08 |
| 4/7/2022 | 50.47 | 51.64 | 46.55 | 48.03 | 1.21E+08 |
| 4/8/2022 | 47.3 | 48.44 | 45.8321 | 46.23 | 83315946 |
| 4/11/2022 | 45.75 | 47.98 | 44.71 | 47.01 | 1.18E+08 |
| 4/12/2022 | 47.03 | 47.55 | 44.44 | 44.48 | 60794025 |
| 4/13/2022 | 44.8 | 46.33 | 44.55 | 45.85 | 44306698 |
| 4/14/2022 | 48.37 | 48.5 | 44.72 | 45.08 | 2.59E+08 |
| 4/18/2022 | 46.24 | 48.73 | 44.36 | 48.45 | 1.53E+08 |
| 4/19/2022 | 47.3 | 48.5 | 45 | 46.16 | 1.26E+08 |
| 4/20/2022 | 46.34 | 47.11 | 45.03 | 46.72 | 63360019 |
| 4/21/2022 | 45.51 | 47.94 | 45.5 | 47.08 | 70413596 |
| 4/22/2022 | 47.77 | 49.73 | 47.49 | 48.93 | 76504488 |
| 4/25/2022 | 51.02 | 52.29 | 50.24 | 51.7 | 1.77E+08 |
| 4/26/2022 | 51.57 | 51.62 | 49.43 | 49.68 | 1.15E+08 |
| 4/27/2022 | 49.06 | 49.26 | 47.82 | 48.64 | 59106880 |
| 4/28/2022 | 49.01 | 49.915 | 47.96 | 49.11 | 43816868 |
| 4/29/2022 | 49.45 | 50.25 | 48.74 | 49.02 | 38250854 |
| 5/2/2022 | 48.7 | 49.76 | 48.57 | 49.14 | 32608086 |
| 5/3/2022 | 49.15 | 49.48 | 48.75 | 48.87 | 24773030 |
| 5/4/2022 | 48.8 | 49.25 | 48.34 | 49.06 | 28442976 |
| 5/5/2022 | 50.53 | 51.21 | 49.81 | 50.36 | 60506940 |
| 5/6/2022 | 49.96 | 50.29 | 49.5 | 49.8 | 23446331 |
| 5/9/2022 | 49.3 | 49.44 | 47.625 | 47.96 | 37706836 |
| 5/10/2022 | 47.91 | 48.36 | 46.5 | 47.26 | 23816665 |
| 5/11/2022 | 46.95 | 48.15 | 45.8 | 46.09 | 24815127 |

Exhibit 13, page 216

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 5/12/2022 | 45.01 | 47.47 | 43.33 | 45.08 | 37682245 |
| 5/13/2022 | 40.4 | 42 | 40.01 | 40.72 | 1.02E+08 |
| 5/16/2022 | 39.17 | 39.2899 | 37.32 | 37.39 | 52310654 |
| 5/17/2022 | 37 | 38.87 | 36.85 | 38.32 | 44990281 |
| 5/18/2022 | 37.42 | 38.72 | 36.575 | 36.85 | 24010289 |
| 5/19/2022 | 36.7602 | 38.5 | 36.2 | 37.29 | 32000301 |
| 5/20/2022 | 37.77 | 38.31 | 36.75 | 38.29 | 23637863 |
| 5/23/2022 | 37.77 | 38 | 36.94 | 37.86 | 13601346 |
| 5/24/2022 | 36.94 | 37.2026 | 35.4 | 35.76 | 22662972 |
| 5/25/2022 | 36.06 | 37.37 | 36.02 | 37.16 | 23262766 |
| 5/26/2022 | 38.52 | 39.5899 | 38.23 | 39.52 | 22968398 |
| 5/27/2022 | 39.57 | 40.77 | 39.48 | 40.17 | 16789855 |
| 5/31/2022 | 40.07 | 40.35 | 39.42 | 39.6 | 11579046 |
| 6/1/2022 | 39.8 | 40.26 | 39.24 | 39.3 | 11117247 |
| 6/2/2022 | 39.07 | 40.465 | 38.81 | 39.91 | 11696029 |
| 6/3/2022 | 40.45 | 41.04 | 39.975 | 40.16 | 18269884 |
| 6/6/2022 | 38.16 | 39.94 | 37.9138 | 39.56 | 26119634 |
| 6/7/2022 | 39.085 | 40.24 | 38.95 | 40.13 | 15808735 |
| 6/8/2022 | 39.96 | 41.29 | 39.83 | 40.44 | 15292960 |
| 6/9/2022 | 40.25 | 40.54 | 39.53 | 39.53 | 7978363 |
| 6/10/2022 | 39.52 | 39.63 | 38.89 | 38.98 | 10534875 |
| 6/13/2022 | 38 | 38.58 | 36.905 | 37.03 | 11599750 |
| 6/14/2022 | 37.95 | 38.8699 | 37.19 | 37.22 | 13408129 |
| 6/15/2022 | 37.5 | 38.51 | 37.24 | 37.99 | 14717735 |
| 6/16/2022 | 38.61 | 38.7121 | 36.96 | 37.36 | 20732515 |
| 6/17/2022 | 37.32 | 38.05 | 37.02 | 37.78 | 25049181 |
| 6/21/2022 | 38.17 | 39.08 | 37.655 | 38.91 | 16902230 |
| 6/22/2022 | 38.57 | 39.3372 | 38.4093 | 38.53 | 10831346 |
| 6/23/2022 | 38.76 | 39.08 | 38.25 | 38.68 | 6327584 |
| 6/24/2022 | 39.01 | 39.9199 | 38.87 | 39.41 | 18090592 |
| 6/27/2022 | 39.67 | 39.88 | 38.895 | 39.19 | 7147758 |
| 6/28/2022 | 39.21 | 39.705 | 38.65 | 38.79 | 6059297 |
| 6/29/2022 | 38.76 | 38.78 | 37.64 | 37.8 | 7178574 |
| 6/30/2022 | 37.53 | 38.02 | 36.99 | 37.39 | 7133074 |
| 7/1/2022 | 37.38 | 38.24 | 37.08 | 38.23 | 6305717 |
| 7/5/2022 | 38.18 | 38.64 | 37.248 | 38.38 | 8162005 |
| 7/6/2022 | 38.21 | 38.45 | 37.7374 | 38.21 | 4870258 |
| 7/7/2022 | 38.32 | 39.51 | 38.32 | 38.79 | 13214877 |
| 7/8/2022 | 37.51 | 37.55 | 36.8 | 36.81 | 29822940 |
| 7/11/2022 | 34.6 | 34.9 | 32.55 | 32.65 | 67259339 |
| 7/12/2022 | 32.76 | 34.39 | 32.52 | 34.06 | 29539372 |
| 7/13/2022 | 34.95 | 37.16 | 34.8 | 36.75 | 50267711 |
| 7/14/2022 | 36.59 | 37.1 | 36.19 | 36.29 | 18951620 |
| 7/15/2022 | 36.62 | 37.772 | 36.27 | 37.74 | 14809322 |
| 7/18/2022 | 37.58 | 38.755 | 37.34 | 38.41 | 15147525 |

Exhibit 13, page 217

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 7/19/2022 | 38.51 | 40.5 | 38.5 | 39.49 | 37491773 |
| 7/20/2022 | 39.56 | 40.005 | 38.82 | 39.6 | 13946408 |
| 7/21/2022 | 39.5 | 40.1 | 39.12 | 39.52 | 11409767 |
| 7/22/2022 | 38.9 | 40.18 | 38.71 | 39.84 | 25188675 |
| 7/25/2022 | 39.23 | 39.6 | 38.7355 | 39.24 | 10395602 |
| 7/26/2022 | 39.08 | 39.53 | 38.89 | 39.34 | 12637219 |
| 7/27/2022 | 39.58 | 40.11 | 39.1312 | 39.85 | 11598069 |
| 7/28/2022 | 39.76 | 40.9 | 39.5806 | 40.89 | 10153642 |
| 7/29/2022 | 40.8 | 41.78 | 40.75 | 41.61 | 11787736 |
| 8/1/2022 | 41.12 | 41.35 | 40.46 | 40.89 | 14094775 |
| 8/2/2022 | 40.75 | 41.27 | 40.65 | 40.98 | 5244403 |
| 8/3/2022 | 41 | 41.39 | 40.89 | 41 | 9348811 |
| 8/4/2022 | 41 | 41.23 | 40.55 | 41.06 | 6169363 |
| 8/5/2022 | 40.81 | 42.66 | 40.6 | 42.52 | 16048236 |
| 8/8/2022 | 42.94 | 43.545 | 42.87 | 42.94 | 8130857 |
| 8/9/2022 | 42.78 | 43.115 | 42.6009 | 42.83 | 8309624 |
| 8/10/2022 | 44.52 | 44.65 | 43.8275 | 44.43 | 14507171 |
| 8/11/2022 | 44.37 | 44.63 | 43.635 | 43.94 | 7254851 |
| 8/12/2022 | 44.01 | 44.6 | 43.93 | 44.26 | 7857453 |
| 8/15/2022 | 44.19 | 44.775 | 43.958 | 44.5 | 8955100 |
| 8/16/2022 | 44.34 | 45 | 44.24 | 44.4 | 7924144 |
| 8/17/2022 | 44.25 | 44.51 | 43.85 | 43.99 | 6111904 |
| 8/18/2022 | 44.12 | 44.44 | 43.81 | 43.86 | 6289503 |
| 8/19/2022 | 43.52 | 44.01 | 43.35 | 43.99 | 8103532 |
| 8/22/2022 | 43.5 | 43.66 | 42.81 | 43.01 | 7904473 |
| 8/23/2022 | 41.36 | 41.94 | 39.8481 | 39.86 | 26037265 |
| 8/24/2022 | 39.28 | 40.99 | 38.77 | 40.79 | 17136655 |
| 8/25/2022 | 40.5 | 41.49 | 40.17 | 41.05 | 10349518 |
| 8/26/2022 | 41.15 | 41.1994 | 40.23 | 40.46 | 10144129 |
| 8/29/2022 | 40.22 | 40.595 | 39.99 | 40.04 | 6695767 |
| 8/30/2022 | 39.87 | 40.09 | 39.07 | 39.32 | 9617948 |
| 8/31/2022 | 39.98 | 40.05 | 38.595 | 38.75 | 16862823 |
| 9/1/2022 | 38.64 | 38.92 | 38.44 | 38.62 | 8607759 |
| 9/2/2022 | 38.86 | 39.005 | 38.29 | 38.63 | 7925508 |
| 9/6/2022 | 38.62 | 39.09 | 38.06 | 38.65 | 11275507 |
| 9/7/2022 | 39.3 | 41.25 | 39.3 | 41.2 | 18293674 |
| 9/8/2022 | 41 | 42.17 | 40.98 | 41.85 | 11829192 |
| 9/9/2022 | 41.88 | 42.3 | 41.505 | 42.19 | 7422753 |
| 9/12/2022 | 41.81 | 41.9 | 41.2499 | 41.41 | 7905599 |
| 9/13/2022 | 40.76 | 42.47 | 40.47 | 41.74 | 14334134 |
| 9/14/2022 | 41.75 | 41.91 | 41.25 | 41.9 | 8098525 |
| 9/15/2022 | 41.75 | 42.44 | 41.5 | 42.14 | 9254200 |
| 9/16/2022 | 41.83 | 41.95 | 41.25 | 41.45 | 26474037 |
| 9/19/2022 | 41.4 | 41.74 | 41.21 | 41.66 | 7223513 |
| 9/20/2022 | 41.44 | 42.11 | 40.93 | 41.68 | 7229122 |

| Date | Open | High | Low | Close | Volume |
|------|------|------|------|-------|--------|
| 9/21/2022 | 41.79 | 42.185 | 41.27 | 41.27 | 7623288 |
| 9/22/2022 | 41.39 | 41.77 | 41.25 | 41.4 | 5868083 |
| 9/23/2022 | 41.48 | 41.77 | 40.845 | 41.58 | 9139135 |
| 9/26/2022 | 41.5 | 43.5199 | 40.66 | 41.52 | 23916964 |
| 9/27/2022 | 41.74 | 42.18 | 41.28 | 42.09 | 8306887 |
| 9/28/2022 | 42.59 | 43.53 | 42.38 | 43.25 | 13318872 |
| 9/29/2022 | 43 | 43.17 | 42.39 | 42.74 | 8716979 |
| 9/30/2022 | 42.89 | 44.66 | 42.745 | 43.84 | 25890492 |
| 10/3/2022 | 43.9 | 43.9 | 42.23 | 42.54 | 13143223 |
| 10/4/2022 | 42.81 | 52.3 | 42.55 | 52 | 52151860 |
| 10/5/2022 | 50.26 | 52 | 50.2 | 51.3 | 74555835 |
| 10/6/2022 | 50.98 | 51.55 | 49.29 | 49.39 | 68511078 |
| 10/7/2022 | 49.02 | 49.52 | 48.14 | 49.18 | 32630102 |
| 10/10/2022 | 49.66 | 50.86 | 49.5 | 50.36 | 22272449 |
| 10/11/2022 | 50.03 | 50.5502 | 49.8093 | 50.07 | 11626795 |
| 10/12/2022 | 50.01 | 50.5 | 49.81 | 49.94 | 11827822 |
| 10/13/2022 | 49.8 | 51.07 | 49.52 | 50.34 | 18641291 |
| 10/14/2022 | 50.49 | 50.865 | 50.3 | 50.45 | 10075908 |
| 10/17/2022 | 50.5 | 50.9 | 50.2 | 50.74 | 14101270 |
| 10/18/2022 | 51.1 | 52.1 | 50.85 | 51.78 | 18533907 |
| 10/19/2022 | 51.8 | 52.16 | 51.26 | 51.83 | 10057928 |
| 10/20/2022 | 52.2 | 52.7 | 51.6 | 52.44 | 25461019 |
| 10/21/2022 | 50 | 50.75 | 49.55 | 49.89 | 51209029 |
| 10/24/2022 | 50.71 | 51.86 | 50.52 | 51.52 | 22987553 |
| 10/25/2022 | 52.415 | 53.18 | 52.2 | 52.78 | 35077848 |
| 10/26/2022 | 52.95 | 53.50 | 52.77 | 53.35 | 28064900 |
| 10/27/2022 | 53.91 | 54.00 | 53.70 | 53.70 | 140831500 |