# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR,<br><br>            Defendants. | Case No. 2:22-cv-06525-MSC-E<br><br>**[PROPOSED] ORDER GRANTING TWITTER, INC.'S REQUEST FOR CONSIDERATION UNDER THE INCORPORATION-BY-REFERENCE DOCTRINE OR JUDICIAL NOTICE IN SUPPORT OF TWITTER, INC.'S MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:   Hon. Mark C. Scarsi<br>Date:    January 22, 2024<br>Time:    9:00 a.m.<br>Place:   Courtroom 7C |

# [PROPOSED] ORDER

Defendant Twitter, Inc., has requested that the Court consider the following exhibits under the doctrine of incorporation by reference and/or judicial notice pursuant to Federal Rule of Evidence 201:

**Exhibit 2**: A July 18, 2020 Twitter blog post, updated on July 30, 2020, entitled, "An update on our security incident," which is publicly available at https://blog.twitter.com/en_us/topics/company/2020/an-update-on-our-security-incident;

**Exhibit 3**:  A September 24, 2020 Wired Magazine article entitled, "How Twitter Survived Its Biggest Hack – and Plans to Stop the Next One," which is publicly available at https://wired.me;

**Exhibit 4**:  Twitter's Form 10-Q for the quarter ended September 30, 2020, which was filed with the Securities and Exchange Commission ("SEC") on October 30, 2020.  All SEC filings are publicly available at www.sec.gov/edgar;

**Exhibit 5**:  A September 24, 2020 Twitter blog post entitled, "Our continued work to keep Twitter secure," which is publicly available at https://blog.twitter.com/en_us/topics/company/2020/our-continued-work-to-keep-twitter-secure;

**Exhibit 6:** An December 2, 2019 Twitter blog post entitled, "What we have been doing to protect your privacy data," which is publicly available at https://blog.twitter.com/en_us/topics/company/2019/privacy_data_protection.

**Exhibit 7**: Twitter's Transparency – Information Operations webpage, as it appeared on September 1, 2020, which is available at http://web.archive.org/web/20200901182533/https://transparency.twitter.com/en/reports/information-operations.html;

**Exhibit 8**: A November 26, 2020 Twitter blog post entitled, "Nation states exerting power online – sharing data can guard against it," which is publicly

available at https://blog.twitter.com/en_us/topics/company/2020/nation-states-exerting-power-online-sharing-data-can-guard-again;

**Exhibit 9**: A June 13, 2019 Twitter blog post entitled, "Information operations on Twitter: principles, process, and disclosure," which is publicly available at https://blog.twitter.com/en_us/topics/company/2019/information-ops-on-twitter;

**Exhibit 10**: A December 2, 2021 Twitter blog post entitled, "Disclosing state-linked information operations we've removed," which is publicly available at https://blog.twitter.com/en_us/topics/company/2021/disclosing-state-linked-information-operations-we-ve-removed;

**Exhibit 11**: A December 2, 2021 Twitter blog post entitled, "Expanding access beyond information operations," which is publicly available at https://blog.twitter.com/en_us/topics/company/2021/-expanding-access-beyond-information-operations-;

**Exhibit 12**: A September 21, 2022 Stanford Internet Observatory report entitled, "My Heart Belongs to Kashmir: An Analysis of a Pro-Indian Army Covert Influence Operation on Twitter," which is publicly available at https://cyber.fsi.stanford.edu/io/news/india-twitter-takedown;

**Exhibit 13**: Twitter's historical stock price for the period of January 3, 2022, to October 27, 2022, which was downloaded from https://finance.yahoo.com;

**Exhibit 14**: A July 23, 2020 *Reuters* article entitled, "Exclusive: More than 1,000 people at Twitter had ability to aid hack of accounts," which was downloaded from https://www.reuters.com;

**Exhibit 15**: A May 25, 2022 Twitter blog post entitled, "FTC settlement: Our commitment to protecting your privacy and security," which is publicly available at https://blog.twitter.com/en_us/topics/company/2022/ftc-settlement-twitter;

**Exhibit 16**: Twitter's Form 10-K for the period ended December 31, 2020, which was filed with the SEC on February 17, 2021. All SEC filings are publicly available at www.sec.gov/edgar;

[PROPOSED] ORDER GRANTING
RJN ISO MOTION TO DISMISS
CASE NO. 2:22-cv-06525-MSC-E

**Exhibit 17**: A December 20, 2022 Intercept article entitled, "Twitter Aided the Pentagon in its Covert Online Propaganda Campaign," which was downloaded from https://theintercept.com/2022/12/20/twitter-dod-us-military-accounts/;

**Exhibit 18**: An August 23, 2022 *Washington Post* article entitled, "Former security chief claims Twitter buried 'egregious deficiencies,'" which is publicly available at https://www.washingtonpost.com;

**Exhibit 19**: An internal Twitter document entitled, "Current State Assessment," which was available through a hyperlink in the August 23, 2022 Washington Post Article entitled, "Former security chief claims Twitter buried 'egregious deficiencies,'" publicly available at https://www.washingtonpost.com;

**Exhibit 20**: An internal Twitter document entitled, "Issues and Objections Regarding Twitter InfoSec Information and the Q4 2021 Risk Committee," which was available through a hyperlink in the August 23, 2022 Washington Post Article entitled, "Former security chief claims Twitter buried 'egregious deficiencies,'" publicly available at https://www.washingtonpost.com;

**Exhibit 21**: The July 6, 2022 Sensitive & Confidential Whistleblower Disclosure of Peiter Zatko, which was available through a hyperlink in the August 23, 2022 Washington Post article entitled, "Former security chief claims Twitter buried 'egregious deficiencies,'" publicly available at https://www.washingtonpost.com; and

**Exhibit 22**: A May 25, 2022 complaint filed by the Federal Trade Commission against Twitter, Case No. 3:22-cv-03070 (N.D. Cal.).

The Court, having considered Defendant's request, and good cause appearing therefrom, finds that Exhibits 2-22 are incorporated by reference in the Third Amended Class Action Complaint and/or are subject to judicial notice, and therefore are properly subject to consideration in connection with Twitter's Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint. Twitter's request for incorporation by reference and/or judicial notice is therefore **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____     By: _____

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE