LATHAM & WATKINS LLP
Michele D. Johnson (CA Bar No. 198298)
  michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235

Whitney B. Weber (CA Bar No. 281160)
  whitney.weber@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Andrew B. Clubok (*Pro Hac Vice*)
  andrew.clubok@lw.com
Susan E. Engel (*Pro Hac Vice*)
  susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.3309

*Attorneys for X Corp., successor in interest to named Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, MOHAMMED THASEEN, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, VIJAYA GADDE, and KAYVON BEYKPOUR,<br><br>                    Defendants. | Case No. 2:22-cv-06525-MCS-E<br><br>**NOTICE OF ERRATA TO EXHIBIT 21 TO THE DECLARATION OF WHITNEY B. WEBER IN SUPPORT OF TWITTER'S MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:   Hon. Mark C. Scarsi |

**TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:**

X Corp., successor in interest to named Defendant Twitter, Inc. ("Twitter"), inadvertently filed an incorrect document at Dkt. 140-21, Exhibit 21 to the Declaration of Whitney B. Weber in Support of Twitter's Motion to Dismiss the Third Amended Class Action Complaint ("Weber Declaration"), on November 10, 2023. X Corp. hereby submits an errata to correct this inadvertent error and replaces Dkt. 140-21 with the attached document, Exhibit 21 to the Weber Declaration. Exhibit 21 is the partially redacted whistleblower complaint "attached to and incorporated into the August 23, 2022 *Washington Post* article (submitted as Exhibit 18 [Dkt. 140-18])." Dkt. 141 at 9; *see also* TAC ¶ 339 (describing "partially redacted version of Zatko's whistleblower complaint" published by the *Washington Post* article (Exhibit 18)).

We have only just become aware of this inadvertent mistake and are filing this errata thereafter immediately.

Dated:  December 8, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ *Whitney B. Weber*
Michele D. Johnson (CA Bar No. 198298)
  michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235

Whitney B. Weber (CA Bar No. 281160)
  whitney.weber@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Andrew B. Clubok (*Pro Hac Vice*)
  andrew.clubok@lw.com
Susan E. Engel (*Pro Hac Vice*)
  susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.3309

*Attorneys for X Corp., successor in interest to named Defendant Twitter, Inc.*