POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Court-Appointed Lead Plaintiff*
*William Baker, Additional Plaintiff*
*Jill Sligay, and Co-Lead Counsel*
*for the Proposed Class*

[additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| WILLIAM BAKER, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, and DAMIEN KIERAN,<br><br>Defendants. | Case No. 2:22-cv-06525-MCS-E<br><br>**NOTICE OF AMENDED CASE LAW**<br><br>Judge:    Hon. Mark C. Scarsi |

PLAINTIFFS' NOTICE OF AMENDED CASE LAW                    Case No. 2:22-cv-06525-MCS-E

PLEASE TAKE NOTICE that on December 4, 2023, the United States Court of Appeals for the Ninth Circuit amended its October 18, 2023 decision in *In re Facebook, Inc. Securities Litigation*, 84 F.4th 844 (9th Cir. 2023), which Plaintiffs cited in their papers opposing Defendants' motions to dismiss (*see* Dkt.146 at 2, 8, 12, 13; Dkt.148 at 7, 15). The Ninth Circuit also denied the *Facebook* defendants' petition for rehearing *en banc*. *In re Facebook, Inc. Sec. Litig.*, No. 22-15077, 2023 WL 8365362 (9th Cir. Dec. 4, 2023).

A "redline" comparison of the original and amended decisions showing all additions and deletions of material is attached as Exhibit A hereto.

Dated: December 13, 2023

Respectfully submitted,
POMERANTZ LLP

By: */s/ Jonathan D. Park*

**THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jonathan Horne (*pro hac vice*)
Brian B. Alexander (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jhorne@rosenlegal.com
balexander@rosenlegal.com

*Counsel for Court-Appointed Lead*

**POMERANTZ LLP**

Jeremy A. Lieberman (*pro hac vice* forthcoming)
Jonathan D. Park (*pro hac vice*)
Dolgora Dorzhieva (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
jpark@pomlaw.com
ddorzhieva@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

1

*Plaintiff William Baker, Additional Plaintiffs Lenard Roque and Amolkumar Vaidya, and Co-Lead Counsel for the Class*

*Counsel for Court-Appointed Lead Plaintiff William Baker, Additional Plaintiff Jill Sligay, and Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel*

PLAINTIFFS' NOTICE OF AMENDED CASE LAW                    Case No. 2:22-cv-06525-MCS-E