**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BAKER, JILL SLIGAY, LENARD ROQUE, and AMOLKUMAR VAIDYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, NED SEGAL, PARAG AGRAWAL, and DAMIEN KIERAN,<br><br>Defendants. | Case No. 2:22-cv-06525-MCS-E<br><br>**JUDGMENT** |

1

1     Pursuant to this Court's Order Granting Defendants' Motions to Dismiss,

2     IT IS ADJUDGED that the action is dismissed with prejudice. Judgment is entered in favor of Defendants Twitter, Inc., Jack Dorsey, Ned Segal, Parag Agrawal, and Damien Kieran, and against Lead Plaintiff William Baker and additional Plaintiffs Jill Sligay, Lenard Roque, and Amolkumar Vaidya. Plaintiffs shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 5, 2024

*/s/ Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE